**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division Division** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**EZ Talk Communications, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all) **76-0520632** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1245 East Diehl Rd.**<br>**Suite 300**<br>**Naperville, IL 60653** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **DuPage** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check on box) |
|---|---|
| ☐ Individual(s)          ☐ Railroad<br>☐ Corporation          ☐ Stockbroker<br>☐ Partnership          ☐ Commodity Broker<br>☑ Other **LLC**          ☐ Clearing Bank | ☐ Chapter 7    ☑ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ☑ Business | ☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only) |

| **Chapter 11 Small Business** (Check all boxes that apply) | Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
|---|---|
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br> 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured credito[rs]

☐ Debtor estimates that, after any exempt property is excluded and administrative [expenses]
 paid, there will be no funds available for distribution to unsecured creditors.

**U.S. Bankruptcy Court**
**Northern District Of Illinois**
**Filed: 01/08/2004**
**Time: 15:43:30**
**Debtor: EZ TALK COMMUNICATIONS,**
**Case: 04-00828      Fee : 839**
**Chapter: 11 Rec. # : 3055177**
**Judge: John Squires**

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-9[99] |
|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,00[0]<br>$100 mill[ion] |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,00[0]<br>$100 mill[ion] |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |



1:04BK00828-BK001

**VOLUNTARY PETITION**

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Official Form 1) (12/03)                                                                          FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**EZ Talk Communications, LLC** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Delta Phones, Inc.** | Case Number: | Date Filed:<br>**1/8/03** |
| District:<br>**Northern District Of Illinois, Eastern Division** | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X _____M. D._____
Signature of Attorney for Debtor(s)

**Michael Davis**
Printed Name of Attorney for Debtor(s)

**Kofkin, Springer , Scheinbaum & Davis, P.C.**
Firm Name

**611 S. Addison Road**
Address

**Addison, IL  60101**

**(630) 530-9999**
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Fallon Mintz**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**1/8/03**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)                    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**VOLUNTARY PETITION**

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                )

                      )      CASE NO. 03-

      EZ Talk Communications LLC )      CHAPTER 11

                      )      JUDGE:

                Debtor. )

Tax Identification No.

### FOR COURT USE ONLY

Date Petition Filed _____

Case Number _____

Bankruptcy Judge _____

### EXHIBIT "A"

1.     Petitioner's employer identification number is 76-0520632

2.     If any of petitioner's securities are registered under section 12 of the Securities and Exchange Act of 1934, SEC file number is _____.

3.     The following financial data is the latest available information and refers to petitioner's condition on December 31, 2003.

    a.    Total assets:        $  418,532

    b.    Total liabilities:     $ 3,643,102

|  |  | Approximate number of holders |
|---|---|---|
| Secured debt, excluding that listed below | $ _____ |  |
| Debt securities held by more than 100 holders | $ _____ |  |
| Secured | $ _____ |  |
| Unsecured | $ 3,643,102 |  |
| Other liabilities, excluding contingent or unliquidated claims | $ _____ |  |
| Number of shares of common stock |  |  |

Comments, if any:_____

_____

4.      Brief description of petitioner's business:   Competitive local exchange carrier

5.      The name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of petitioner is  Fallean Mintz & Richard Tolan  .

6.      The names of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by petitioner are

_____

_____

_____

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A LLC

I, Fallean Mintz   the manager of the LLC named as petitioner in the foregoing petition, declare under penalty of perjury that the foregoing is true and correct, and that the filing of this petition on behalf of the corporation has been authorized.

Executed on ___1/8___, 2004

_____ manager
Petitioner

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                      )
                                            )
        EZ Talk Communications LLC .        )
                                            )
                                            )       CASE NO.
                                            )       Chapter 11
                DEBTOR                      )

### LIST OF CREDITORS

Accenture
Accenture


AFLAC
AFLAC Attn: Remittance
Processing Services
1932 wynnton Road
Columbus, GA   31999-0797


AIR CHAMPION
AIR CHAMPION


Airborne Express
Airborne Express
PO BOx 91001
Seattle, WA  98111


Alabama Department of Revenue
Business Privilege & Corporate
Shares Tax Section
P.O. Box 327431
Montgomery, AL  36132-7431

ALARM MASTERS
ALARM MASTERS
10550 W BELLFORT ST STE 130
HOUSTON, TX  77031-1935


Alltel
Alltel


Alltel-N Bldg DID T 1
Alltel-N Bldg DID T 1


Alltel - 800 Payment System
Alltel - 800 Payment System


American Arbitration Assoc
American Arbitration Assoc
13455 Noel Rd Suite 1750
Dallas, TX  75240


American Business Listing
American Business Listing
311 S. Wacker Drive Suite #4550
Chicago, IL  60606


American Diabetes Association
American Diabetes Association


Apache Waste
Apache Waste


ARAMARK Refreshment Services

ARAMARK Refreshment Services
1665 Townhurst Suite 160
Houston, TX 77043


ARIZONA DEPT OF REV
ARIZONA DEPT OF REV


ARKANSAS PUBLIC SERVICE
ARKANSAS PUBLIC SERVICE


Austin Press Advertising
Austin Press Advertising


Bellsouth
Bellsouth


BellSouth Pro-Une
BellSouth Pro-Une


Best Software Checks
Best Software Checks
PO BOX 910
Milton, WA 98354


BEXAR METRO 911
BEXAR METRO 911


Big Phone
Big Phone
1245 E. Diehl Road, Suite 300
Naperville, IL 60563

BILLSOFT
BILLSOFT


Broadwing Communications
Broadwing Communications
PO BOX 790036
St Louis, MO  63179-0036


Brydon, Swearengen & England
Brydon, Swearengen & England
312 E Capitol Ave
PO Box 456
Jefferson City, MO 65102-0456


Carlos Zamarripa
Carlos Zamarripa


CenturyTel
CenturyTel


Colorado Secretary of State
Colorado Secretary of State
1560 Broadway, Suite 200
Denver, CO 80202-5169


COMCORP of Baton Rouge
COMCORP of Baton Rouge


COMPETITIVE COMMS GROUP
COMPETITIVE COMMS GROUP

CONTACT TELECOM
CONTACT TELECOM


CT Corporation
CT Corporation
PO BOX 4349
Carol Stream, IL 60197-4349


DELAWARE PSC
DELAWARE PSC


DeltaPhones
DeltaPhones


Doug Turner Plumbing Co.
Doug Turner Plumbing Co.
2531 Wind Fall
Sugar Land, TX 77479


EXCELERON
EXCELERON


FedEx
FedEx PO Box 1140
Memphis, TN  38101-1140


First Victoria National Bank
First Victoria National
101 S Main St
Victoria, TX  77902

Fort Bend County Water Control
Fort Bend County Water Control
2331 S Main
Stafford, TX  77477-5519

FREMA LLC
FREMA LLC

GEORGIA DEPT REV
GEORGIA DEPT REV

GEORGIA PSC
GEORGIA PSC

GHG Corporation
GHG Corporation
1100 Hercules Suite 290
Houston, TX  77058

Global Laser, Inc.
Global Laser, Inc.
11246 South Post Oak, Suite 400
Houston, TX 77035

Global Pay
Global Pay

Hilton, Francine
Hilton, Francine
1202 Travis Lane Lot 14
Manning, SC  29102

Holland & Company CPA'S
Holland & Company CPA'S
477 E Butterfield Rd Suite 206
Lombard, IL  60148


HST
HST


Irwin Business Finance
Irwin Business Finance
PO BOX 6214
Indianapolis, IN  46206-6214


Jackson Walker LLP
Jackson Walker LLP
PO BOX 130989
DALLAS, TX 75313-0989


KAIT-K8
KAIT-K8


Kansas Corporation Commmission
Kansas Corporation Commmission
1500 SW Arrowhead Road
Topeka, KS  66604


KPLR-TV
KPLR-TV


KS Secretary of State
Kansas  Secretary of State

120 S. W. 10th Avenue
Topeka, KS  66612-1594


KTHV/Little Rock
KTHV/Little Rock
Two Lincoln Centre
5420 LBJ Freeway, Suite 530
Dallas, TX 75240


KTVI-FOX 2
KTVI-FOX 2


KY STATE TREASURER
KY STATE TREASURER


M & T Capital
M & T Capital


Mail Processing Center, Inc.
Mail Processing Center, Inc.
PO Box 740989
Houston, TX  77274-0989


Main Partners, LP
The Main Partners, LP
PO DRAWER 887
STAFFORD, TX 77497


MASSACHUSETTS,
COMMONWEALTH
MASSACHUSETTS,
COMMONWEALTH

MASSACHUSETTS, CORP DIV
MASSACHUSETTS, CORP DIV


MCI
MCI Payment Processing Center
PO Box 85080
Richmond, VA 23285-4100


MEDIA GENERAL
MEDIA GENERAL


Michael J Noonan
Michael J Noonan
14100 SW Freeway
Fairfield Bldg Ste 220
Sugar Land, TX  77478


MISS STATE TAX
MISS STATE TAX


MULLIS A/C & HEATING
MULLIS A/C & HEATING
PO BOX 691984
HOUSTON, TX 77269-1984


NBANC
NBANC


NECA ARUSF
NECA ARUSF

NECA SERVICES
NECA SERVICES


NECA TRS
NECA TRS


NEUSTAR
NEUSTAR Loudon Tech Center
46000 Center Oak Plaza
Sterling, VA 20166


NORTH CAROLINA
NORTH CAROLINA


Nuava Networks, LP
Nuava Networks, LP
2323 Bryan Street, Suite 120
Dallas, TX  75201


NYS HESC AWG
NYS HESC AWG Lockbox GPO
PO BOX 26444
New York, NY  10087-6444


Office Depot
Office Depot Credit Plan
PO Box 9020
Des Moines, IA 50368-9020


Ozarka
Ozarka
PO BOX 52214

PHOENIX, AZ  85072-2214


Paul Kinghorn
Paul Kinghorn
1419 Sweet Grass Trail
Houston, TX  77090


Progressive Bank
Progressive Bank


Qwest
Qwest


Reliant Energy
Reliant Energy
PO Box 4932
Houston, TX  77210-4932


Reliant Energy HLP
Reliant Energy
PO Box 4932 Houston,
TX 77210-4932


Rhode Island Secretary of State
Rhode Island Secretary of State
100 North Main Street
Providence, RI   02903-1335


Rhode Island, State of
State of Rhode Island


Safeguard Business Systems

Safeguard Business Systems
PO BOX 1749
Ft Washington, PA 19034-8749


SBC
SBC


Sbc 9795311118
Sbc 9795311118


Shaw Pittman LLP
c/o Accounts Receivable
2300 N Street,
NW Washington, DC  20037-1128


SHRAUNER, CHARLES
SHRAUNER, CHARLES


SOUTH CAROLINA DOR
SOUTH CAROLINA DOR


Southwestern Bell
Southwestern Bell


Sprint 239 182-0141 789
Sprint 239 182-0141 789 FL


Sprint 252 182-0141 476
Sprint 252 182-0141 476 NC

Sprint 252 182-0142 000
Sprint 252 182-0142 000 NC


Sprint 252 182-0143 691
Sprint 252 182-0143 691 NC


Sprint 252 182-0145 852
Sprint 252 182-0145 852 NC


Sprint 281 182-0141 785
Sprint 281 182-0141 785 TX


Sprint 368D007667
Sprint 368D007667


Sprint 407 182-0141 942
Sprint 407 182-0141 942 FL


Sprint 423 182-0141 625
Sprint 423 182-0141 625 TN


Sprint 434 182-0141 590
Sprint 434 182-0141 590 VA


Sprint 441093490
SPRINT PO BOX 88026
CHICAGO, IL 60680-1206


Sprint 573 182-0141 326

Sprint 573 182-0141 326 MO

Sprint 620 182-0141 931
Sprint 620 182-0141 931 KS

Sprint 717 182-0141 745
Sprint 717 182-0141 745 PA

Sprint 828 182-0140 878
Sprint 828 182-0140 878 NC

Sprint 828 182-0141 326
Sprint 828 182-0141 326 NC

Sprint 828 182-0142 392
Sprint 828 182-0142 392 NC

Sprint 828 182-0143 985
Sprint 828 182-0143 985 NC

Sprint 843 182-0141 081
Sprint 843 182-0141 081 SC

Sprint 843 182-0142 417
Sprint 843 182-0142 417 SC

Sprint 843 183-0141 845
Sprint 843 183-0141 845 SC

Sprint 850 182-0141 123
Sprint 850 182-0141 123 FL


Sprint 903 182-0141 767
Sprint 903 182-0141 767 TX


Sprint 908 182-0141 278
Sprint 908 182-0141 278 NJ


Sprint 940 182-0141 323
Sprint 940 182-0141 323 TX


ST LOUIS COUNTY
ST LOUIS COUNTY


State Corporation Commission
State Corporation Commission 1300
E Main St Richmond, VA  23219


STATE FARM INSURANCE
STATE FARM INSURANCE


STATE OF ALABAMA
STATE OF ALABAMA


STATE OF ARKANSAS
STATE OF ARKANSAS

STATE OF MARYLAND
STATE OF MARYLAND


STATE OF MASS
STATE OF MASS


STATE OF MS
STATE OF MS


State of New Jersey
State of New Jersey PO BOX 34089
Newark, NJ  07189-0001


STATE OF NJ
STATE OF NJ


STATE OF SC
STATE OF SC


Sterling Bank
Sterling Bank
PO BOX 924009
HOUSTON, TX  77292-4009


STN
STN


SUDDATH RELOCATION
SUDDATH RELOCATION

Sugar Land Courier Services
Sugar Land Courier Services PMB # 332
14019 S.W. Freeway, Suite 301
Sugar Land, TX   77478


SUGARLAND LOCK &
SECURITY
SUGARLAND LOCK &
SECURITY


SUN Communications
SUN Communications
 1 Simms Street
 San Rafael, CA 94901


Susan Mosteller
Susan Mosteller


SWEET, MICHAEL
SWEET, MICHAEL


Szabo Associates, Inc.
Szabo Associates, Inc.
3355 Lenox Road, NE Ninth Floor
Atlanta, GA 30326-1332


Telution
Telution 65 East Wacker Place,
Suite 600
Chicago, IL 60601


TENN DEPT OF REV
TENN DEPT OF REV

TENN DOR
TENN DOR


Texas Workforce Comm
Texas Workforce Comm
PO BOX 149037
Austin, TX  78714-9034


The Key People
The Key People
777 S Wadsworth Blvd
Bldg 3, Ste 102
Lakewood, CO 80226


THRIFTY NICKEL
THRIFTY NICKEL


Travelers
The Travelers CL Remittance
Center Hartford, CT   06180-1008


TX STATE COMPTROLLER
TX STATE COMPTROLLER


TXU Communications
TXU Communications
300 Decker Drive
Irving, TX  75062-8136


UNION PLANTERS BANK
UNION PLANTERS BANK

United Health Care
United Health Care Small Group
Acct -EXBA
PO BOX 41738
Philadelphia, PA  19101-1738


UPS
UPS Lockbox 577
Carol Stream, IL  60132-0577


US BANCORP
Manifest Funding Service
PO BOX 5179
Sioux Falls, SD  57117-5179


US BANK
US BANK


US WEST
US WEST


USAC
USAC


VA Treasurer
Treasurer of Virginia
PO BOX 1197
Richmond, VA  23218-1197


Valor Telecom

Valor Telecom


Verizon
Verizon


Verizon-CA
Verizon-CA


Verizon-MA-508Q050134134
Verizon-MA-508Q050134134


Verizon-MD-075697184
Verizon-MD-075697184


Verizon-NJ
Verizon-NJ


VERIZON-RESALE
VERIZON


Verizon (2)
Verizon Wireless
PO BOX 660108
Dallas, TX 75266-0108


Verizon 655318610
Verizon 655318610


Verizon California
Verizon California

VERIZON NORTH  MA-33133
VERIZON NORTH  MA


VERIZON NORTH  MA-34134
VERIZON NORTH  MA


Verizon South
Verizon South


Verizon West
Verizon West


Verizon Wireless
Verizon Wireless
PO BOX 660108
DALLAS, TX  75266-0108


Wal-Mart Store #3500
Wal-Mart Store #3500
5655 East Sam Houston Pkwy.
Houston, TX  77015


WBSC
WBSC


WCBD-TV
WCBD-TV


WELLS FARGO BANK

WELLS FARGO BANK Texas
Business Banking MAC T5601-012
PO Box 659700
San Antonio, TX 78286-0700


Western Union Financial Serivces
Western Union Financial Services
P.O. Box 1758
Englewood, CO 80150-1758


WESTPORT
WESTPORT


WHNS
WHNS


Winn-Dixie - Location 1269
Winn-Dixie - Location 1269 Attn:
Kenny Lowe
110 Wilkinsville Hwy.
Gaffney, SC  29340-4150


WMMP-TV
WMMP-TV


WORLDCOM
WORLDCOM


WTAT-TV
WTAT-TV

WXMS-TV
WXMS-TV


XEROX 665346003
XEROX Capital Services, LLC
PO BOX 650361
DALLAS, TX  75265-0361


XEROX 702513441
XEROX Capital Services, LLC
PO BOX 802567
CHICAGO, IL 60680-2567


I,  Fallean Mintz , declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing List of Creditors is true and correct to the best of my knowledge.


Dated: 1-8-2004

manager

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                                  )
    EZ Talk Communications LLC.    )      No. 03
                                  )      Judge
                                  )      Chapter 11

## LIST OF TWENTY LARGEST UNSECURED CREDITORS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" as set forth in 11 USC 101(31), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

Accenture
Accenture

Bellsouth
Bellsouth

Telution
Telution
65 East Wacker Place, Suite 600
Chicago, IL 60601

FREMA LLC
FREMA LLC

Alltel
Alltel

WORLDCOM
WORLDCOM

COMPETITIVE COMMS GROUP
COMPETITIVE COMMS GROUP


VERIZON-RESALE
VERIZON


Sprint 252 182-0143 691
Sprint 252 182-0143 691 NC


Broadwing Communications
Broadwing Communications
PO BOX 790036
St Louis, MO  63179-0036


Sprint 843 182-0141 081
Sprint 843 182-0141 081
SC


M & T Capital
M & T Capital


Mail Processing Center, Inc.
Mail Processing Center, Inc.
PO Box 740989
Houston, TX  77274-0989


Qwest
Qwest

Sprint 828 182-0142 392
Sprint 828 182-0142 392
NC


DeltaPhones
DeltaPhones


UNION PLANTERS BANK
UNION PLANTERS BANK


BellSouth Pro-Une
BellSouth Pro-Une


Sprint 850 182-0141 123
Sprint 850 182-0141 123
FL


SBC
SBC


 I,  Fallean Mintz , declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing List of 20 Largest Unsecured Creditors is true and correct to the best of my knowledge.


Dated:___1 - 8 - 2004___

___Fell Mintf___ manager

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division Division

IN RE:     Case No. _____

__EZ Talk Communications, LLC__     Chapter _11_

                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................................... $ _____275.00/hr

    Prior to the filing of this statement I have received ........................................................... $ _____15,000.00

    Balance Due ....................................................................................................... $ _____

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____ 1/8/04        _____
Date                                    Signature of Attorney

__Kofkin, Springer , Scheinbaum & Davis, P.C.__
Name of Law Firm

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR