# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### CHICAGO **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
|  | § | |
| EZ Talk Communications, LLC | § | Case No. 04-000828 ABG |
|  | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/08/2004 . The case was converted to one under Chapter 7 on 03/04/2004 . The undersigned trustee was appointed on 04/14/2004 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      29,111.09

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 29,109.01 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 2.08 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  07/22/2004  and the deadline for filing governmental claims was  07/22/2004 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,644.51 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2.08 , for a total compensation of $ 2.08 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/02/2010 _____   By:/s/RONALD R. PETERSON _____
                                                        Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Page: 1
Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No:     04-00828        Judge: A. BENJAMIN GOLDGAR

Case Name:   EZ Talk Communications, LLC

For Period Ending: 11/30/10

Trustee Name:                        RONALD R. PETERSON

Date Filed (f) or Converted (c):     03/04/04 (c)

341(a) Meeting Date:                 04/14/04

Claims Bar Date:                     07/22/04

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Bank account at Progressive Bank | 0.00 | 0.00 | | 6,085.48 | 0.00 | 0.00 | 0.00 |
| 2. Trade Receivables | 33,454.00 | 33,454.00 | | 4,914.23 | 28,539.77 | 0.00 | 0.00 |
| 3. Office equipment | 21,900.00 | 21,900.00 | | 0.00 | 21,900.00 | 0.00 | 0.00 |
| 4. Refunds (u) | 0.00 | Unknown | | 10,741.26 | Unknown | 0.00 | 0.00 |
| 5. Bank account at Charter Basnk (u) | 4,557.14 | 4,557.14 | | 4,557.14 | 0.00 | 0.00 | 0.00 |
| 6. Trademarks (u) | 2,500.00 | 2,500.00 | | 2,500.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 312.98 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $62,411.14 | $62,411.14 | | $29,111.09 | $50,439.77 | $0.00 | $0.00 |

Gross Value of Remaining Assets

$50,439.77

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

November 26, 2010, 11:40 am  Trustee readying case for closing.

The Trustee has made a criminal referral to the U.S. Attorney's Office.

Initial Projected Date of Final Report (TFR): 12/31/06        Current Projected Date of Final Report (TFR): 12/31/10

Ver: 16.01a

Page:  2
Exhibit A

Ver: 16.01a

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| | |
|---|---|
| Case No: | 04-00828 |
| Case Name: | EZ Talk Communications, LLC |

Judge: A. BENJAMIN GOLDGAR

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 03/04/04 (c) |
| 341(a) Meeting Date: | 04/14/04 |
| Claims Bar Date: | 07/22/04 |

Date: _____

_____
RONALD R. PETERSON

LFORM1EUST Form 101-7-TFR (10/1/2010) (Page: 4)

Page: 1
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 04-000828 -ABG |
| Case Name: | EZ Talk Communications, LLC |
| Taxpayer ID No: | *******0632 |
| For Period Ending: | 11/30/10 |

| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3021 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/04 | 2 | Ricky Ray | Phone bill payment | 1121-000 | 61.00 | | 61.00 |
| 04/14/04 | 2 | Sylvia Ervin | Phone bill payment | 1121-000 | 62.23 | | 123.23 |
| 04/14/04 | 2 | Eva Mae Brown | Phone bill payment | 1121-000 | 57.92 | | 181.15 |
| 04/14/04 | 2 | Marvin Doss | Phone bill payment | 1121-000 | 65.88 | | 247.03 |
| 04/14/04 | 2 | James Barry | Phone bill payment | 1121-000 | 53.00 | | 300.03 |
| 04/14/04 | 2 | Connie Grayer | Phone bill payment | 1121-000 | 40.00 | | 340.03 |
| 04/14/04 | 2 | Eretha Daniels | Phone bill payment | 1121-000 | 52.00 | | 392.03 |
| 04/14/04 | 2 | Charity Summers | Phone bill payment | 1121-000 | 60.00 | | 452.03 |
| 04/14/04 | 2 | Connie Marcum | Phone bill payment | 1121-000 | 55.00 | | 507.03 |
| 04/14/04 | 2 | Jimmy Heifner | Phone bill payment | 1121-000 | 40.00 | | 547.03 |
| 04/14/04 | 2 | Angela Wall | Phone bill payment | 1121-000 | 72.00 | | 619.03 |
| 04/14/04 | 2 | William Mayo | Phone bill payment | 1121-000 | 62.00 | | 681.03 |
| 04/14/04 | 2 | Susie Leak | Phone bill payment | 1121-000 | 65.00 | | 746.03 |
| 04/14/04 | 4 | SBC | Refund | 1229-000 | 2,736.95 | | 3,482.98 |
| 04/14/04 | 2 | Valarie Pool | Phone bill payment | 1121-000 | 60.00 | | 3,542.98 |
| 04/14/04 | 2 | Ruby Martin | Phone bill payment | 1121-000 | 61.00 | | 3,603.98 |
| 04/14/04 | 2 | Helen Brown | Phone bill payment | 1121-000 | 32.13 | | 3,636.11 |
| 04/14/04 | 2 | Mary Brazil | Phone bill payment | 1121-000 | 59.00 | | 3,695.11 |
| 04/14/04 | 2 | Ray Smith | Phone bill payment | 1121-000 | 66.80 | | 3,761.91 |
| 04/14/04 | 2 | Charity Summers | Phone bill payment | 1121-000 | 60.00 | | 3,821.91 |
| 04/14/04 | 2 | Marsha Cunningham | Phone bill payment | 1121-000 | 60.00 | | 3,881.91 |
| 04/14/04 | 2 | Betty Milliner | Phone bill payment | 1121-000 | 52.00 | | 3,933.91 |
| 04/14/04 | 2 | William Sweatt | Phone bill payment | 1121-000 | 60.85 | | 3,994.76 |
| 04/14/04 | 2 | Ricky Warren | Phone bill payment | 1121-000 | 84.00 | | 4,078.76 |
| 04/14/04 | 2 | Hester Robinson | Phone bill payment | 1121-000 | 75.00 | | 4,153.76 |
| 04/14/04 | 2 | Queen Luke | Phone bill payment | 1121-000 | 54.80 | | 4,208.56 |
| 04/14/04 | 2 | William Mayo | Phone bill payment | 1121-000 | 55.00 | | 4,263.56 |
| | | | Page Subtotals | | 4,263.56 | 0.00 | |

Ver: 16.01a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 04-00828 -ABG |
| Case Name: | EZ Talk Communications, LLC |
| Taxpayer ID No: | *******0632 |
| For Period Ending: | 11/30/10 |

| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******3021 BofA - Money Market Account |
| Blanket Bond (per case limit): | $   5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/14/04 | 2 | Cynthia Nettles | Phone bill payment | 1121-000 | 75.00 | | 4,338.56 |
| 04/14/04 | 2 | Reathella Barber | Phone bill payment | 1121-000 | 36.00 | | 4,374.56 |
| 04/14/04 | 2 | Jimmy Heifner | Phone bill payment | 1121-000 | 40.00 | | 4,414.56 |
| 04/14/04 | 2 | Jose Lopes | Phone bill payment | 1121-000 | 61.00 | | 4,475.56 |
| *       04/14/04 | | Hugh Johnson | Phone bill payment | 1121-003 | 76.00 | | 4,551.56 |
| 04/14/04 | 2 | Connie Bryant | Phone bill payment | 1121-000 | 62.22 | | 4,613.78 |
| 04/14/04 | 2 | Marsha Cunningham | Phone bill payment | 1121-000 | 60.00 | | 4,673.78 |
| 04/14/04 | 4 | Verizon | Refund | 1229-000 | 1.91 | | 4,675.69 |
| *       04/14/04 | 2 | Diane Ostlund | Phone bill payment | 1121-000 | 63.19 | | 4,738.88 |
| 04/14/04 | | Thelma McIntyre | Phone bill payment | 1121-003 | 61.73 | | 4,800.61 |
| 04/14/04 | 2 | Karen Oliver | Phone bill payment | 1121-000 | 40.00 | | 4,840.61 |
| 04/14/04 | 2 | Geraldine Rowell | Phone bill payment | 1121-000 | 60.00 | | 4,900.61 |
| 04/14/04 | 2 | Reathella Barber | Phone bill payment | 1121-000 | 36.00 | | 4,936.61 |
| 04/14/04 | 2 | Demetrio Gonzales | Phone bill payment | 1121-000 | 68.00 | | 5,004.61 |
| 04/14/04 | 2 | Connie Grayer | Phone bill payment | 1121-000 | 10.00 | | 5,014.61 |
| 04/20/04 | 2 | Demetrio Gonzales | Phone bill payment | 1121-000 | 68.00 | | 5,082.61 |
| *       04/20/04 | | Veronica N. Holmes | Phone bill payment | 1121-003 | -52.00 | | 5,134.61 |
| *       04/20/04 | | Warren W. Fredericks | Phone bill payment | 1121-003 | 29.64 | | 5,164.25 |
| 04/20/04 | 4 | Verizon | Refund | 1229-000 | 1,173.93 | | 6,338.18 |
| 04/20/04 | 2 | Hester Robinson | Phone bill payment | 1121-000 | 75.00 | | 6,413.18 |
| 04/20/04 | 2 | Valerie Poole | Phone bill payment | 1121-000 | 60.00 | | 6,473.18 |
| *       04/22/04 | | Hugh Johnson | NSF | 1121-003 | -76.00 | | 6,397.18 |
| *       04/23/04 | | Thelma McIntyre | Payor stopped payment | 1121-003 | -61.73 | | 6,335.45 |
| *       04/27/04 | | Veronica N. Holmes | Payor stopped payment. | 1121-003 | -52.00 | | 6,283.45 |
| *       04/27/04 | | Warren W. Fredericks | Payor stopped payment | 1121-003 | -29.64 | | 6,253.81 |
| | | | Page Subtotals | | 1,990.25 | 0.00 | |

LFORM24   **UST Form 101-7-TFR (10/1/2010)** (Page: 6)

Ver: 16.01a

Page: 3
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 04-00828 -ABG
Case Name: EZ Talk Communications, LLC
Taxpayer ID No.: *******0632
For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3021 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.17 | | 6,253.98 |
| 05/04/04 | 2 | Helen L. Brown | Phone bill payment | 1121-000 | 33.00 | | 6,286.98 |
| 05/04/04 | 2 | Ricky Warren | Phone bill payment | 1121-000 | 83.00 | | 6,369.98 |
| 05/04/04 | 2 | Jeanne Harding | Phone bill payment | 1121-000 | 42.13 | | 6,412.11 |
| 05/04/04 | 2 | Charity Summers | Phone bill payment | 1121-000 | 60.00 | | 6,472.11 |
| 05/04/04 | 2 | Connie Graver | Phone bill payment | 1121-000 | 60.00 | | 6,532.11 |
| 05/04/04 | 2 | Crystal Fox | Phone bill payment | 1121-000 | 60.98 | | 6,593.09 |
| 05/04/04 | | SBC | Refund | 1229-003 | 2,996.87 | | 9,589.96 |
| 05/14/04 | 2 | Mary K. Brazil | Phone bill payment | 1121-000 | 59.00 | | 9,648.96 |
| 05/14/04 | 2 | Marsha Cunningham | Phone bill payment | 1121-000 | 60.00 | | 9,708.96 |
| 05/14/04 | 2 | William Mayo | Phone bill payment | 1121-000 | 65.00 | | 9,773.96 |
| 05/14/04 | 2 | Jimmy Hesfiner | Phone bill payment | 1121-000 | 40.00 | | 9,813.96 |
| 05/14/04 | 2 | Reathella B. Barber | Phone bill payment | 1121-000 | 36.00 | | 9,849.96 |
| 05/14/04 | 2 | Hester Robinson | Phone bill payment | 1121-000 | 75.00 | | 9,924.96 |
| 05/14/04 | 2 | Christine Bailey | Phone bill payment | 1121-000 | 52.50 | | 9,977.46 |
| 05/26/04 | 2 | Demetrio Gonzales | Phone bill payment | 1129-000 | 68.00 | | 10,045.46 |
| 05/26/04 | 2 | William Mayo | Phone bill payment | 1129-000 | 65.00 | | 10,110.46 |
| 05/26/04 | 2 | Helen Brown | Phone bill payment | 1129-000 | 33.00 | | 10,143.46 |
| 05/26/04 | 2 | Ricky Warren | Phone bill payment | 1129-000 | 83.00 | | 10,226.46 |
| 05/26/04 | 2 | Valerie Poole | Phone bill payment | 1129-000 | 60.00 | | 10,286.46 |
| 05/28/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.55 | | 10,287.01 |
| 06/09/04 | 2 | Angela Wall | Phone bill payment | 1121-000 | 72.60 | | 10,359.61 |
| 06/09/04 | 2 | Charity Summers | Phone bill payment | 1121-000 | 60.00 | | 10,419.61 |
| 06/09/04 | 2 | William Mayo | Phone bill payment | 1121-000 | 65.00 | | 10,484.61 |
| 06/18/04 | 2 | Connie Grayer | Phone bill payment | 1121-000 | 60.00 | | 10,544.61 |
| 06/18/04 | 2 | Jimmy Heifner | Phone bill payment | 1121-000 | 40.00 | | 10,584.61 |
| 06/18/04 | 2 | Reathella B. Barber | Phone bill payment | 1121-000 | 36.00 | | 10,620.61 |
| 06/18/04 | 2 | Marsha Cunningham | Phone bill payment | 1121-000 | 60.00 | | 10,680.61 |

Page Subtotals                    4,426.80                    0.00

UST Form 101-7-TFR (10/1/2010) (Page: 7)                    Ver: 16.01a

Page: 4
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 04-00828 -ABG |
| Case Name: | EZ Talk Communications, LLC |
| Taxpayer ID No: | *******0632 |
| For Period Ending: | 11/30/10 |

| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******3021 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  |  |  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/18/04 | 2 | Hester Robinson | Phone bill payment | 1121-000 | 75.00 |  | 10,755.61 |
| 06/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.62 |  | 10,756.23 |
| 07/21/04 | 2 | Helen Brown | Phone bill payment | 1121-000 | 33.00 |  | 10,789.23 |
| 07/21/04 | 2 | Charity Summers | Phone bill payment | 1121-000 | 60.00 |  | 10,849.23 |
| 07/21/04 | 2 | Jimmy Hiefner | Phone bill payment | 1121-000 | 40.00 |  | 10,889.23 |
| 07/21/04 | 4 | Verizon | Refund | 1229-000 | 3,853.38 |  | 14,742.61 |
| 07/21/04 | 2 | Reathella Barber | Phone bill payment | 1121-000 | 36.00 |  | 14,778.61 |
| 07/21/04 | 2 | Demetrio Gonzales | Phone bill payment | 1121-000 | 68.00 |  | 14,846.61 |
| 07/26/04 | 2 | Sharon Hollingsworth | Phone bill payment | 1121-000 | 33.00 |  | 14,879.61 |
| 07/26/04 | 2 | William Mayo | Phone bill payment | 1121-000 | 65.00 |  | 14,944.61 |
| 07/26/04 | 2 | Demetrio Gonzales | Phone bill payment | 1121-000 | 68.00 |  | 15,012.61 |
| 07/26/04 | 5 | Charter Bank | Closed bank account | 1229-000 | 4,557.14 |  | 19,569.75 |
| 07/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.76 |  | 19,570.51 |
| 08/04/04 | * |  | Refund | 1229-003 | -2,996.87 |  | 16,573.64 |
|  |  | SBC | Payor stopped payment |  |  |  |  |
| 08/23/04 | 2 | Valerie Poole | Phone bill payment | 1121-000 | 110.00 |  | 16,683.64 |
| 08/23/04 | 2 | Demetrio Gonzales | Phone bill payment | 1121-000 | 68.00 |  | 16,751.64 |
| 08/23/04 | 2 | Hester Robinson | Phone bill payment | 1121-000 | 75.00 |  | 16,826.64 |
| 08/23/04 | 2 | Jimmy Hifner | Phone bill payment | 1121-000 | 40.00 |  | 16,866.64 |
| 08/23/04 | 2 | Reathella Barber | Phone bill payment | 1121-000 | 36.00 |  | 16,902.64 |
| 08/23/04 | 2 | William Mayo | Phone bill payment | 1121-000 | 65.00 |  | 16,967.64 |
| 08/30/04 |  | Transfer to Acct #******3160 | Bank Funds Transfer | 9999-000 |  | 15,000.00 | 1,967.64 |
| 08/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.33 |  | 1,968.97 |
| 09/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.16 |  | 1,969.13 |
| 10/05/04 | 2 | Jimmy Heifner | Phone bill payment | 1121-000 | 40.00 |  | 2,009.13 |
| 10/05/04 | 2 | Demetrio Gonzales | Phone bill payment | 1121-000 | 68.00 |  | 2,077.13 |
| 10/05/04 | 2 | Reathella Barber | Phone bill payment | 1121-000 | 36.00 |  | 2,113.13 |
| 10/05/04 | 2 | Valerie Poole | Phone bill payment | 1121-000 | 60.00 |  | 2,173.13 |
| 10/05/04 | 4 | Enterprise Rent A Car | Refund | 1229-000 | 33.72 |  | 2,206.85 |
| | | | Page Subtotals | | 6,526.24 | 15,000.00 | |
| | | | Page Subtotals | | 6,526.24 | 15,000.00 | |

Page: 5
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-00828 -ABG |
| Case Name: | EZ Talk Communications, LLC |
| Taxpayer ID No: | *******0632 |
| For Period Ending: | 11/30/10 |

| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3021 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/05/04 | 4 | Mohr & Gaertner | Refund of excess fee-Order 9/13/04 | 1229-000 | 2,941.37 | | 5,148.22 |
| 10/29/04 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.37 | | 5,148.59 |
| 11/04/04 | 2 | Demetrio Gonzales | Phone bill payment | 1129-000 | 68.00 | | 5,216.59 |
| 11/04/04 | 1 | Progressive Bank | Closed bank account | 1129-000 | 6,085.48 | | 11,302.07 |
| 11/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.82 | | 11,302.89 |
| 12/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.96 | | 11,303.85 |
| 01/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.96 | | 11,304.81 |
| 02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.17 | | 11,306.98 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.40 | | 11,309.38 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.32 | | 11,311.70 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.41 | | 11,314.11 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.32 | | 11,316.43 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.40 | | 11,318.83 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 5.77 | | 11,324.60 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 5.58 | | 11,330.18 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 5.77 | | 11,335.95 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 5.59 | | 11,341.54 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 5.77 | | 11,347.31 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 5.79 | | 11,353.10 |
| 02/24/06 | 6 | CenturyTel | Sale of trademark. | 1229-000 | 2,500.00 | | 13,853.10 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 8.15 | | 13,861.25 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.77 | | 13,873.02 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.40 | | 13,884.42 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.79 | | 13,896.21 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.42 | | 13,907.63 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.81 | | 13,919.44 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.82 | | 13,931.26 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.45 | | 13,942.71 |

| | | | Page Subtotals | | 11,735.86 | 0.00 | |

LFORM24  UST Form 101-7-TFR (10/1/2010) (Page: 9)

Ver: 16.01a

Page: 6
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:           04-00828 -ABG
Case Name:         EZ Talk Communications, LLC

Taxpayer ID No:    *******0632
For Period Ending: 11/30/10

Trustee Name:      RONALD R. PETERSON
Bank Name:         BANK OF AMERICA, N.A.
Account Number / CD #:   *******3021 BofA - Money Market Account

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.84 | | 13,954.55 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.47 | | 13,966.02 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.86 | | 13,977.88 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.88 | | 13,989.76 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.73 | | 14,000.49 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.89 | | 14,012.38 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.52 | | 14,023.90 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.91 | | 14,035.81 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.53 | | 14,047.34 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.94 | | 14,059.28 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.94 | | 14,071.22 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 8.95 | | 14,080.17 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 8.98 | | 14,089.15 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 7.53 | | 14,096.68 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 6.74 | | 14,103.42 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 5.59 | | 14,109.01 |
| 02/18/08 | | Transfer to Acct #*******3160 | Bank Funds Transfer | 9999-000 | | 14,109.01 | 0.00 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 2.08 | | 2.08 |

|  | COLUMN TOTALS | 29,111.09 | 29,109.01 | 2.08 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 0.00 | 29,109.01 | |
|  | Subtotal | 29,111.09 | 0.00 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 29,111.09 | 0.00 | |

Page Subtotals                    168.38          14,109.01

**FORM 2**

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 04-00828 -ABG |
|---|---|
| Case Name: | EZ Talk Communications, LLC |
| Taxpayer ID No: | ******0632 |
| For Period Ending: | 11/30/10 |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******3160 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/04 | | Transfer from Acct #*******3021 | Bank Funds Transfer | 9999-000 | 15,000.00 | | 15,000.00 |
| 08/30/04 | 003001 | Jenner & Block | Attorney fees per order 8/30/04 | 3110-000 | | 14,710.93 | 289.07 |
| | | | Balance not covered by retainer. | | | | |
| 02/18/08 | | Transfer from Acct #*******3021 | Bank Funds Transfer | 9999-000 | 14,109.01 | | 14,398.08 |
| 02/18/08 | 003002 | Jenner & Block LLP | Bankruptcy Court Order of December 2007 | 3110-000 | | 14,398.08 | 0.00 |
| | | 330 North Wabash | | | | | |
| | | Chicago, Illinois 60611-7603 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| COLUMN TOTALS | | | | 29,109.01 | 29,109.01 | 0.00 |
| Less:  Bank Transfers/CD's | | | | 29,109.01 | 0.00 | |
| Subtotal | | | | 0.00 | 29,109.01 | |
| Less:  Payments to Debtors | | | | 0.00 | 0.00 | |
| Net | | | | 0.00 | 29,109.01 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - *******3021 | 29,111.09 | 0.00 | 2.08 |
| BofA - Checking Account - *******3160 | 0.00 | 29,109.01 | 0.00 |
| | 29,111.09 | 29,109.01 | 2.08 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   29,109.01   29,109.01

Ver: 16.01a

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 04-000828 ABG
Case Name: EZ Talk Communications, LLC
Trustee Name: RONALD R. PETERSON

Balance on hand                                      $              2.08

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $       3,644.51 | $       0.00 | $       2.08 |

Total to be paid for chapter 7 administrative expenses        $              2.08

Remaining Balance                                       $              0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,432,836.15  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Sterling Bank<br>c/o Mr Eric Gould<br>2500 Tanglewilde, Suite 222<br>Houston, Texas 77063 | $       101,923.55 | $            0.00 | $            0.00 |
| 000078 | Brown, James C<br>C/O Sam Banayan Esq<br>Adelman & Gettleman Ltd<br>53 W Jackson, STe 1050<br>Chicago, IL 60604 | $     2,325,987.60 | $            0.00 | $            0.00 |
| 000082 | Moore, Carolyn G<br>1311 Town Street<br>Greensboro, NC 27407 | $         4,925.00 | $            0.00 | $            0.00 |

Total to be paid to priority creditors     $            0.00

Remaining Balance     $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,045,999.63  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ARAMARK Refreshment Services<br>ARAMARK Refreshment Services<br>1665 Townhurst Suite 160<br>Houston, TX 77043 | $           476.73 | $            0.00 | $            0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | WXMS T.V<br>c/o Szabo Associates, Inc<br>3355 Lenox Road, 9th Floor<br>Atlanta, GA 30326 | $ 510.00 | $ 0.00 | $ 0.00 |
| 000003 | Vertex Broadband Corp<br>c/o Bradley H Foreman<br>6914 W North Ave<br>Chicgo, IL 60707 | $ 3,000,000.00 | $ 0.00 | $ 0.00 |
| 000004 | The Key People<br>The Key People<br>777 S Wadsworth Blvd<br>Bldg 3, Ste 102<br>Lakewood, CO 80226 | $ 3,649.67 | $ 0.00 | $ 0.00 |
| 000005 | Safeguard Business Systems<br>Safeguard Business Systems<br>PO BOX 1749<br>Ft Washington, PA 19034-8749 | $ 330.66 | $ 0.00 | $ 0.00 |
| 000006 | TRS<br>Attn: Jeff Henderson<br>80 S Jefferson Rd<br>Whippany, NJ 07981 | $ 296.29 | $ 0.00 | $ 0.00 |
| 000007 | Paul Kinghorn<br>Paul Kinghorn<br>1419 Sweet Grass Trail<br>Houston, TX 77090 | $ 2,000.00 | $ 0.00 | $ 0.00 |
| 000008 | Federal Express Corporation<br>Attn Revenue Recovery/Bankruptcy<br>2005 Corporate Avenue<br>2nd Floor<br>Memphis, TN 38132 | $ 3,412.75 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | US Bancorp Manifest Funding Services Attn Corporate Attorney 1450 Channel Parkway Marshall, MN 56258 | $       29,578.77 | $             0.00 | $             0.00 |
| 000011 | MULLIS A/C & HEATING MULLIS A/C & HEATING PO BOX 691984 HOUSTON, TX 77269-1984 | $           173.20 | $             0.00 | $             0.00 |
| 000012 | WDBD TV c/o Szabo Associates Inc 3355 Lenox Road 9th Floor Atlanta, Georgia 30326 | $           714.00 | $             0.00 | $             0.00 |
| 000013 | Universal Service Administrative Company Attn Tracey Beaver Senior Mgr & Analyst 2000 L Street NW Suite 200 Washington, DC 20036 | $         2,778.88 | $             0.00 | $             0.00 |
| 000014 | UNIVERSAL SERVICE ADMN COMPANY Attn Tracey Beaver, Senior Mgr&Analyst 2000 L Street NW Suite 200 Washington, DC 20036 | $       19,717.49 | $             0.00 | $             0.00 |
| 000015A | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | $       73,045.61 | $             0.00 | $             0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | STATE OF ALABAMA DEPT OF REVENUE LEGAL DIVISION PO BOX 320001 MONTGOMERY, AL 36132 | $ 2,256.77 | $ 0.00 | $ 0.00 |
| 000017 | Sprint Missouri, Inc Sprint LTD Bankruptcy Dept KSOPHT0101-Z2800 6391 Sprint Parkway Overland Park, KS 66251 | $ 23,026.37 | $ 0.00 | $ 0.00 |
| 000018 | Sprint Missouri, Inc Sprint LTD Bankruptcy Dept KSOPHT0101-Z2800 6391 Sprint Parkway Overland Park, KS 66251 | $ 53,703.93 | $ 0.00 | $ 0.00 |
| 000019 | United Telephone Company of Eastern Kansas Sprint LTD Bankruptcy Dept KSOPHT0101 Z2800 6391 Sprint Parkway Overland Park, KS 66251 | $ 4,675.84 | $ 0.00 | $ 0.00 |
| 000020 | United Telephone Company Of SouthEastern Sprint LTD Bankruptcy Dept KSOPHT010 Z2800 6391 Sprint Parkway Overland Park, KS 66251 | $ 4,256.61 | $ 0.00 | $ 0.00 |
| 000021 | The United Telephone Company Of Pennsylvania Spril LTD Bankruptcy Dept KSOPHT010 6391 Sprint Parkway Overland Park, KS 66251 | $ 7,648.05 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000022 | United Telephone Company of Eastern Kansas Sprint LTD Bankruptcy Dept KSOPHT0101 Z2800 6391 Sprint Parkway Overland Park, KS 66251 | $    102,166.71 | $         0.00 | $          0.00 |
| 000023 | UNITED TELEPHONE COMPANY OF NEW JERSEY INC SPRINT LTD BANKRUPTCY DEPT KSOPHTO101 2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $       3,731.02 | $         0.00 | $          0.00 |
| 000024 | UNITED TELEPHONE SOUTHEAST INC TENNESSEE AND VIRGINIA SPRINT LTD BANKRUPTCY DEPT 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $      21,007.55 | $         0.00 | $          0.00 |
| 000025 | CENTRAL TELEPHONE COMPANY OF TEXAS SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $      57,416.60 | $         0.00 | $          0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000026 | UNITED TELEPHONE COMPANY OF TEXAS INC<br>SPRINT LTD<br>BANKRUPTCY DEPT<br>KSOPHT010 Z2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $    49,093.81 | $         0.00 | $         0.00 |
| 000027 | CENTRAL TELEPHONE COMPANY OF VIRGINIA<br>SPRINT LTD<br>BANKRUPTCY DEPT<br>KSOPHT010 Z2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $         51.77 | $         0.00 | $         0.00 |
| 000028 | CENTRAL TELEPHONE COMPANY - NORTH CAROLINA DIVISIO<br>SPRINT LTD<br>BANKRUPTCY DEPT<br>KSOPHT010 Z2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $    39,545.89 | $         0.00 | $         0.00 |
| 000029 | Carolina Telephone & Telegraph Co (North Carolina)<br>SPRINT LTD<br>BANKRUPTCY DEPT<br>KSOPHT010 Z2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $   140,582.64 | $         0.00 | $         0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000030 | CL DIRECTORIES AMERICA INC SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $          285.97 | $          0.00 | $          0.00 |
| 000031 | UNITED TELEPHONE COMPANY OF KANSAS SPRINT LTD BANKRUPTCY DEPT KSOPHTO101 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $       7,291.95 | $          0.00 | $          0.00 |
| 000032 | UNITED TELEPHONE COMPANY OF SOUTHCENTRAL KANSAS SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $       2,092.48 | $          0.00 | $          0.00 |
| 000033 | KAIT TELEVISION C/O SZABO ASSOCIATES INC 3355 LENOX ROAD 9TH FLOOR ATLANTA, GEORGIA 30326 | $       1,241.00 | $          0.00 | $          0.00 |
| 000034 | NBANC ATTN JEFF HENDERSON 80 S JEFFERSON RD WHIPPANY, NJ 07981 | $          216.18 | $          0.00 | $          0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000036 | Texas Comptroller of Public Accounts Office of the Attorney General Collection Division Bankruptcy Section PO Box 12548 Austin, TX 78711 | $    143,478.61 | $         0.00 | $         0.00 |
| 000038 | STATE OF ALABAMA DEPT OF REVENUE LEGAL DIVISION PO BOX 320001 MONTGOMERY, AL 36132 | $      14,577.61 | $         0.00 | $         0.00 |
| 000039 | CENTRAL TELEPHONE COMPANY - NORTH CAROLINA DIVISIO SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $      24,169.94 | $         0.00 | $         0.00 |
| 000040 | Sprint Missouri, Inc Sprint LTD Bankruptcy Dept KSOPHT0101-Z2800 6391 Sprint Parkway Overland Park, KS 66251 | $        6,521.08 | $         0.00 | $         0.00 |
| 000041 | UNITED TELEPHONE COMPANY OF NEW JERSEY INC SPRINT LTD BANKRUPTCY DEPT KSOPHTO101 2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $        3,731.02 | $         0.00 | $         0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000042 | UNITED TELEPHONE COMPANY OF TEXAS INC SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $    10,702.43 | $      0.00 | $      0.00 |
| 000043 | United Telephone Company Of The Carolinas Sprint LTD Bankruptcy Dept KSOPHT0101 Z2800 6391 Sprint Parkway Overland Park, KS 66251 | $    86,317.55 | $      0.00 | $      0.00 |
| 000044 | The United Telephone Company Of Pennsylvania Spril LTD Bankruptcy Dept KSOPHT010 6391 Sprint Parkway Overland Park, KS 66251 | $     7,648.05 | $      0.00 | $      0.00 |
| 000045 | CENTRAL TELEPHONE COMPANY OF TEXAS SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $    24,739.58 | $      0.00 | $      0.00 |
| 000046 | CENTRAL TELEPHONE COMPANY - NORTH CAROLINA DIVISIO SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $    34,530.98 | $      0.00 | $      0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000047 | Sprint Missouri, Inc Sprint LTD Bankruptcy Dept KSOPHT0101-Z2800 6391 Sprint Parkway Overland Park, KS 66251 | $       1,034.33 | $          0.00 | $          0.00 |
| 000048 | CENTRAL TELEPHONE COMPANY OF VIRGINIA SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $            0.79 | $          0.00 | $          0.00 |
| 000051 | UNITED TELEPHONE COMPANY OF KANSAS SPRINT LTD BANKRUPTCY DEPT KSOPHTO101 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $       1,478.35 | $          0.00 | $          0.00 |
| 000058 | UNITED TELEPHONE COMPANY OF KANSAS SPRINT LTD BANKRUPTCY DEPT KSOPHTO101 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $           25.68 | $          0.00 | $          0.00 |
| 000059 | UNITED TELEPHONE SOUTHEAST INC TENNESSEE AND VIRGINIA SPRINT LTD BANKRUPTCY DEPT 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $       2,615.60 | $          0.00 | $          0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000060 | United Telephone Co of Pennsylvania Sprint LTD Bankruptcy Dept 6391 Sprint Parkway Overland Park, KS 66251-2800 | $ 7,648.05 | $ 0.00 | $ 0.00 |
| 000061 | CENTRAL TELEPHONE COMPANY OF VIRGINIA SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 51.77 | $ 0.00 | $ 0.00 |
| 000062 | Directories America Inc Sprint LTD Bankruptcy Dept 6391 Sprint Parkway Overland Park, KS 66251-2800 | $ 87.76 | $ 0.00 | $ 0.00 |
| 000064 | CENTRAL TELEPHONE COMPANY OF TEXAS SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 2,339.23 | $ 0.00 | $ 0.00 |
| 000066 | Sprint Florida Incorporated Sprint LTD Bankruptcy Dept KSOPHT0101 Z2800 6391 Sprint Parkway Overland Park, KS 66261 | $ 37,129.87 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000067 | Carolina Telephone & Telegraph Co (North Carolina) SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 140,245.28 | $ 0.00 | $ 0.00 |
| 000068 | State Of Louisiana Louisiana Department Of Revenue Po Box 66658 Baton Rouge, LA 70896 | $ 373.54 | $ 0.00 | $ 0.00 |
| 000071 | Missouri Public Service Commission c/o Christie A Kincannon, AAG Po Box 899 Jefferson City, MO 65102 | $ 53,317.39 | $ 0.00 | $ 0.00 |
| 000072 | Michael J Noonan Michael J Noonan 14100 SW Freeway Fairfield Bldg Ste 220 Sugar Land, TX 77478 | $ 24,330.00 | $ 0.00 | $ 0.00 |
| 000074 | Tennessee Department of Revenue c/o Attorney General Po Box 20207 Nashville, TN 37202 | $ 5,438.00 | $ 0.00 | $ 0.00 |
| 000075 | MULLIS A/C & HEATING MULLIS A/C & HEATING PO BOX 691984 HOUSTON, TX 77269-1984 | $ 173.20 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000077 | KAIT TELEVISION C/O SZABO ASSOCIATES INC 3355 LENOX ROAD 9TH FLOOR ATLANTA, GEORGIA 30326 | $ 1,241.00 | $ 0.00 | $ 0.00 |
| 000080 | STATE OF FL DEPT OF REVENUE PO BOX 6668 TALLAHASSEE, FL 32314 | $ 298.28 | $ 0.00 | $ 0.00 |
| 000084 | Tennessee Department of Revenue c/o Attorney General Po Box 20207 Nashville, TN 37202 | $ 1,677,000.00 | $ 0.00 | $ 0.00 |
| 000085 | QWESTCorporation 1801 California St Rm 900 Denver, Co 80202 | $ 19,197.23 | $ 0.00 | $ 0.00 |
| 000087 | State Farm Insurance Company c/o Leo & Weber PC One N LaSalle Street Ste 3600 Chicago, IL 60602 | $ 257,414.14 | $ 0.00 | $ 0.00 |
| 000089 | Operating Telephone Company Subsidiaries Verizon Communications Inc c/o Darryl S Laddin Esq 2800 One Atlantic Ctr 1201 W Peachtree S Atlanta, GA 30309 | $ 141,446.49 | $ 0.00 | $ 0.00 |
| 000090 | Missouri Public Service Commission c/o Christie A Kincannon, AAG Po Box 899 Jefferson City, MO 65102 | $ 3,836.97 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000091 | First Capital Group of Texas II, LP c/o Jeffrey P Blanchard 750 E Mulberry, Suite 305 San Antonio, Texas 78212 | $      2,551,917.76 | $            0.00 | $            0.00 |
| 000093 | Walker, Jackson LLP 1401 McKinney Street, Suite 1900 Houston, Texas 77010 | $      103,966.88 | $            0.00 | $            0.00 |

Total to be paid to timely general unsecured creditors                         $            0.00

Remaining Balance                                                             $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE