**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EZ Talk Communications, LLC | § | Case No. 04-000828 ABG |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 02/23/2011 in Courtroom 613,

UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/21/2011                    By: UNITED STATES BANKRUPTCY
_____                COURT_____
                                                                         Clerk

*RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, IL 60654-3456*

UST Form 101-7-NFR (10/1/2010) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EZ Talk Communications, LLC | § | Case No. 04-000828 ABG |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 29,111.09 |
| and approved disbursements of | $ | 29,109.01 |
| leaving a balance on hand of[1] | $ | 2.08 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 3,644.51 | $ 0.00 | $ 2.08 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 2.08 |
| Remaining Balance | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,432,836.15 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Sterling Bank<br>c/o Mr Eric Gould<br>2500 Tanglewilde, Suite 222<br>Houston, Texas 77063 | $ 101,923.55 | $ 0.00 | $ 0.00 |
| 000078 | Brown, James C<br>C/O Sam Banayan Esq<br>Adelman & Gettleman Ltd<br>53 W Jackson, STe 1050<br>Chicago, IL 60604 | $ 2,325,987.60 | $ 0.00 | $ 0.00 |
| 000082 | Moore, Carolyn G<br>1311 Town Street<br>Greensboro, NC 27407 | $ 4,925.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors                     $            0.00

Remaining Balance                                          $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,045,999.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ARAMARK Refreshment Services<br>ARAMARK Refreshment Services<br>1665 Townhurst Suite 160<br>Houston, TX 77043 | $ 476.73 | $ 0.00 | $ 0.00 |
| 000002 | WXMS T.V<br>c/o Szabo Associates, Inc<br>3355 Lenox Road, 9th Floor<br>Atlanta, GA 30326 | $ 510.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Vertex Broadband Corp<br>c/o Bradley H Foreman<br>6914 W North Ave<br>Chicgo, IL 60707 | $ 3,000,000.00 | $ 0.00 | $ 0.00 |
| 000004 | The Key People<br>The Key People<br>777 S Wadsworth Blvd<br>Bldg 3, Ste 102<br>Lakewood, CO 80226 | $ 3,649.67 | $ 0.00 | $ 0.00 |
| 000005 | Safeguard Business Systems<br>Safeguard Business Systems<br>PO BOX 1749<br>Ft Washington, PA 19034-8749 | $ 330.66 | $ 0.00 | $ 0.00 |
| 000006 | TRS<br>Attn: Jeff Henderson<br>80 S Jefferson Rd<br>Whippany, NJ 07981 | $ 296.29 | $ 0.00 | $ 0.00 |
| 000007 | Paul Kinghorn<br>Paul Kinghorn<br>1419 Sweet Grass Trail<br>Houston, TX 77090 | $ 2,000.00 | $ 0.00 | $ 0.00 |
| 000008 | Federal Express Corporation<br>Attn Revenue Recovery/Bankruptcy<br>2005 Corporate Avenue<br>2nd Floor<br>Memphis, TN 38132 | $ 3,412.75 | $ 0.00 | $ 0.00 |
| 000010 | US Bancorp Manifest Funding Services<br>Attn Corporate Attorney<br>1450 Channel Parkway<br>Marshall, MN 56258 | $ 29,578.77 | $ 0.00 | $ 0.00 |
| 000011 | MULLIS A/C & HEATING<br>MULLIS A/C & HEATING<br>PO BOX 691984<br>HOUSTON, TX 77269-1984 | $ 173.20 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | WDBD TV<br>c/o Szabo Associates Inc<br>3355 Lenox Road 9th Floor<br>Atlanta, Georgia 30326 | $ 714.00 | $ 0.00 | $ 0.00 |
| 000013 | Universal Service Administrative Company<br>Attn Tracey Beaver Senior Mgr & Analyst<br>2000 L Street NW Suite 200<br>Washington, DC 20036 | $ 2,778.88 | $ 0.00 | $ 0.00 |
| 000014 | UNIVERSAL SERVICE ADMN COMPANY<br>Attn<br>Tracey Beaver, Senior Mgr&Analyst<br>2000 L Street NW Suite 200<br>Washington, DC 20036 | $ 19,717.49 | $ 0.00 | $ 0.00 |
| 000015A | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | $ 73,045.61 | $ 0.00 | $ 0.00 |
| 000016 | STATE OF ALABAMA DEPT OF REVENUE LEGAL DIVISION<br>PO BOX 320001<br>MONTGOMERY, AL 36132 | $ 2,256.77 | $ 0.00 | $ 0.00 |
| 000017 | Sprint Missouri, Inc<br>Sprint LTD Bankruptcy Dept<br>KSOPHT0101-Z2800<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 23,026.37 | $ 0.00 | $ 0.00 |
| 000018 | Sprint Missouri, Inc<br>Sprint LTD Bankruptcy Dept<br>KSOPHT0101-Z2800<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 53,703.93 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000019 | United Telephone Company of Eastern Kansas<br>Sprint LTD Bankruptcy Dept<br>KSOPHT0101 Z2800<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 4,675.84 | $ 0.00 | $ 0.00 |
| 000020 | United Telephone Company Of SouthEastern<br>Sprint LTD Bankruptcy Dept<br>KSOPHT010 Z2800<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 4,256.61 | $ 0.00 | $ 0.00 |
| 000021 | The United Telephone Company Of Pennsylvania<br>Spril LTD Bankruptcy Dept<br>KSOPHT010<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 7,648.05 | $ 0.00 | $ 0.00 |
| 000022 | United Telephone Company of Eastern Kansas<br>Sprint LTD Bankruptcy Dept<br>KSOPHT0101 Z2800<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 102,166.71 | $ 0.00 | $ 0.00 |
| 000023 | UNITED TELEPHONE COMPANY OF NEW JERSEY INC<br>SPRINT LTD BANKRUPTCY DEPT<br>KSOPHTO101 2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $ 3,731.02 | $ 0.00 | $ 0.00 |
| 000024 | UNITED TELEPHONE SOUTHEAST INC TENNESSEE AND VIRGINIA<br>SPRINT LTD BANKRUPTCY DEPT<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $ 21,007.55 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000025 | CENTRAL TELEPHONE COMPANY OF TEXAS<br>SPRINT LTD<br>BANKRUPTCY DEPT<br>KSOPHT010 Z2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $ 57,416.60 | $ 0.00 | $ 0.00 |
| 000026 | UNITED TELEPHONE COMPANY OF TEXAS INC<br>SPRINT LTD<br>BANKRUPTCY DEPT<br>KSOPHT010 Z2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $ 49,093.81 | $ 0.00 | $ 0.00 |
| 000027 | CENTRAL TELEPHONE COMPANY OF VIRGINIA<br>SPRINT LTD<br>BANKRUPTCY DEPT<br>KSOPHT010 Z2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $ 51.77 | $ 0.00 | $ 0.00 |
| 000028 | CENTRAL TELEPHONE COMPANY - NORTH CAROLINA DIVISIO<br>SPRINT LTD<br>BANKRUPTCY DEPT<br>KSOPHT010 Z2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $ 39,545.89 | $ 0.00 | $ 0.00 |
| 000029 | Carolina Telephone & Telegraph Co (North Carolina)<br>SPRINT LTD<br>BANKRUPTCY DEPT<br>KSOPHT010 Z2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $ 140,582.64 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000030 | CL DIRECTORIES AMERICA INC SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 285.97 | $ 0.00 | $ 0.00 |
| 000031 | UNITED TELEPHONE COMPANY OF KANSAS SPRINT LTD BANKRUPTCY DEPT KSOPHTO101 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 7,291.95 | $ 0.00 | $ 0.00 |
| 000032 | UNITED TELEPHONE COMPANY OF SOUTHCENTRAL KANSAS SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 2,092.48 | $ 0.00 | $ 0.00 |
| 000033 | KAIT TELEVISION C/O SZABO ASSOCIATES INC 3355 LENOX ROAD 9TH FLOOR ATLANTA, GEORGIA 30326 | $ 1,241.00 | $ 0.00 | $ 0.00 |
| 000034 | NBANC ATTN JEFF HENDERSON 80 S JEFFERSON RD WHIPPANY, NJ 07981 | $ 216.18 | $ 0.00 | $ 0.00 |
| 000036 | Texas Comptroller of Public Accounts Office of the Attorney General Collection Division Bankruptcy Section PO Box 12548 Austin, TX 78711 | $ 143,478.61 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000038 | STATE OF ALABAMA DEPT OF REVENUE LEGAL DIVISION PO BOX 320001 MONTGOMERY, AL 36132 | $ 14,577.61 | $ 0.00 | $ 0.00 |
| 000039 | CENTRAL TELEPHONE COMPANY - NORTH CAROLINA DIVISIO SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 24,169.94 | $ 0.00 | $ 0.00 |
| 000040 | Sprint Missouri, Inc Sprint LTD Bankruptcy Dept KSOPHT0101-Z2800 6391 Sprint Parkway Overland Park, KS 66251 | $ 6,521.08 | $ 0.00 | $ 0.00 |
| 000041 | UNITED TELEPHONE COMPANY OF NEW JERSEY INC SPRINT LTD BANKRUPTCY DEPT KSOPHTO101 2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 3,731.02 | $ 0.00 | $ 0.00 |
| 000042 | UNITED TELEPHONE COMPANY OF TEXAS INC SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 10,702.43 | $ 0.00 | $ 0.00 |
| 000043 | United Telephone Company Of The Carolinas Sprint LTD Bankruptcy Dept KSOPHT0101 Z2800 6391 Sprint Parkway Overland Park, KS 66251 | $ 86,317.55 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000044 | The United Telephone Company Of Pennsylvania<br>Spril LTD Bankruptcy Dept<br>KSOPHT010<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 7,648.05 | $ 0.00 | $ 0.00 |
| 000045 | CENTRAL TELEPHONE COMPANY OF TEXAS<br>SPRINT LTD BANKRUPTCY DEPT<br>KSOPHT010 Z2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $ 24,739.58 | $ 0.00 | $ 0.00 |
| 000046 | CENTRAL TELEPHONE COMPANY - NORTH CAROLINA DIVISIO<br>SPRINT LTD BANKRUPTCY DEPT<br>KSOPHT010 Z2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $ 34,530.98 | $ 0.00 | $ 0.00 |
| 000047 | Sprint Missouri, Inc<br>Sprint LTD Bankruptcy Dept<br>KSOPHT0101-Z2800<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 1,034.33 | $ 0.00 | $ 0.00 |
| 000048 | CENTRAL TELEPHONE COMPANY OF VIRGINIA<br>SPRINT LTD BANKRUPTCY DEPT<br>KSOPHT010 Z2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $ 0.79 | $ 0.00 | $ 0.00 |
| 000051 | UNITED TELEPHONE COMPANY OF KANSAS<br>SPRINT LTD BANKRUPTCY DEPT<br>KSOPHTO101 Z2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $ 1,478.35 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000058 | UNITED TELEPHONE COMPANY OF KANSAS SPRINT LTD BANKRUPTCY DEPT KSOPHTO101 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 25.68 | $ 0.00 | $ 0.00 |
| 000059 | UNITED TELEPHONE SOUTHEAST INC TENNESSEE AND VIRGINIA SPRINT LTD BANKRUPTCY DEPT 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 2,615.60 | $ 0.00 | $ 0.00 |
| 000060 | United Telephone Co of Pennsylvania Sprint LTD Bankruptcy Dept 6391 Sprint Parkway Overland Park, KS 66251-2800 | $ 7,648.05 | $ 0.00 | $ 0.00 |
| 000061 | CENTRAL TELEPHONE COMPANY OF VIRGINIA SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 51.77 | $ 0.00 | $ 0.00 |
| 000062 | Directories America Inc Sprint LTD Bankruptcy Dept 6391 Sprint Parkway Overland Park, KS 66251-2800 | $ 87.76 | $ 0.00 | $ 0.00 |
| 000064 | CENTRAL TELEPHONE COMPANY OF TEXAS SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 2,339.23 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000066 | Sprint Florida Incorporated<br>Sprint LTD Bankruptcy Dept<br>KSOPHT0101 Z2800<br>6391 Sprint Parkway<br>Overland Park, KS 66261 | $ 37,129.87 | $ 0.00 | $ 0.00 |
| 000067 | Carolina Telephone & Telegraph Co (North Carolina)<br>SPRINT LTD BANKRUPTCY DEPT<br>KSOPHT010 Z2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $ 140,245.28 | $ 0.00 | $ 0.00 |
| 000068 | State Of Louisiana<br>Louisiana Department Of Revenue<br>Po Box 66658<br>Baton Rouge, LA 70896 | $ 373.54 | $ 0.00 | $ 0.00 |
| 000071 | Missouri Public Service Commission<br>c/o Christie A Kincannon, AAG<br>Po Box 899<br>Jefferson City, MO 65102 | $ 53,317.39 | $ 0.00 | $ 0.00 |
| 000072 | Michael J Noonan<br>Michael J Noonan<br>14100 SW Freeway<br>Fairfield Bldg Ste 220<br>Sugar Land, TX 77478 | $ 24,330.00 | $ 0.00 | $ 0.00 |
| 000074 | Tennessee Department of Revenue<br>c/o Attorney General<br>Po Box 20207<br>Nashville, TN 37202 | $ 5,438.00 | $ 0.00 | $ 0.00 |
| 000075 | MULLIS A/C & HEATING<br>MULLIS A/C & HEATING<br>PO BOX 691984<br>HOUSTON, TX 77269-1984 | $ 173.20 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000077 | KAIT TELEVISION<br>C/O SZABO ASSOCIATES INC<br>3355 LENOX ROAD 9TH FLOOR<br>ATLANTA, GEORGIA 30326 | $ 1,241.00 | $ 0.00 | $ 0.00 |
| 000080 | STATE OF FL DEPT OF REVENUE<br>PO BOX 6668<br>TALLAHASSEE, FL 32314 | $ 298.28 | $ 0.00 | $ 0.00 |
| 000084 | Tennessee Department of Revenue<br>c/o Attorney General<br>Po Box 20207<br>Nashville, TN 37202 | $ 1,677,000.00 | $ 0.00 | $ 0.00 |
| 000085 | QWESTCorporation<br>1801 California St Rm 900<br>Denver, Co 80202 | $ 19,197.23 | $ 0.00 | $ 0.00 |
| 000087 | State Farm Insurance Company<br>c/o Leo & Weber PC<br>One N LaSalle Street Ste 3600<br>Chicago, IL 60602 | $ 257,414.14 | $ 0.00 | $ 0.00 |
| 000089 | Operating Telephone Company Subsidiaries Verizon Communications Inc<br>c/o Darryl S Laddin Esq<br>2800 One Atlantic Ctr 1201 W Peachtree S<br>Atlanta, GA 30309 | $ 141,446.49 | $ 0.00 | $ 0.00 |
| 000090 | Missouri Public Service Commission<br>c/o Christie A Kincannon, AAG<br>Po Box 899<br>Jefferson City, MO 65102 | $ 3,836.97 | $ 0.00 | $ 0.00 |
| 000091 | First Capital Group of Texas II, LP<br>c/o Jeffrey P Blanchard<br>750 E Mulberry, Suite 305<br>San Antonio, Texas 78212 | $ 2,551,917.76 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000093 | Walker, Jackson LLP<br>1401 McKinney Street, Suite 1900<br>Houston, Texas 77010 | $ 103,966.88 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
                                                              Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.