UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EZ Talk Communications, LLC | § | Case No. 04-000828 ABG |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 02/23/2011 in Courtroom 613,
UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/21/2011                    By: UNITED STATES BANKRUPTCY
                                               COURT
                                                                    Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EZ Talk Communications, LLC | § | Case No. 04-000828 ABG |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 29,111.09 |
| and approved disbursements of | $ | 29,109.01 |
| leaving a balance on hand of[1] | $ | 2.08 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 3,644.51 | $ 0.00 | $ 2.08 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2.08 |
| Remaining Balance | | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,432,836.15 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Sterling Bank<br>c/o Mr Eric Gould<br>2500 Tanglewilde, Suite 222<br>Houston, Texas 77063 | $ 101,923.55 | $ 0.00 | $ 0.00 |
| 000078 | Brown, James C<br>C/O Sam Banayan Esq<br>Adelman & Gettleman Ltd<br>53 W Jackson, STe 1050<br>Chicago, IL 60604 | $ 2,325,987.60 | $ 0.00 | $ 0.00 |
| 000082 | Moore, Carolyn G<br>1311 Town Street<br>Greensboro, NC 27407 | $ 4,925.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors  $ 0.00

Remaining Balance  $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,045,999.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ARAMARK Refreshment Services<br>ARAMARK Refreshment Services<br>1665 Townhurst Suite 160<br>Houston, TX 77043 | $ 476.73 | $ 0.00 | $ 0.00 |
| 000002 | WXMS T.V<br>c/o Szabo Associates, Inc<br>3355 Lenox Road, 9th Floor<br>Atlanta, GA 30326 | $ 510.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Vertex Broadband Corp<br>c/o Bradley H Foreman<br>6914 W North Ave<br>Chicgo, IL 60707 | $ 3,000,000.00 | $ 0.00 | $ 0.00 |
| 000004 | The Key People<br>The Key People<br>777 S Wadsworth Blvd<br>Bldg 3, Ste 102<br>Lakewood, CO 80226 | $ 3,649.67 | $ 0.00 | $ 0.00 |
| 000005 | Safeguard Business Systems<br>Safeguard Business Systems<br>PO BOX 1749<br>Ft Washington, PA 19034-8749 | $ 330.66 | $ 0.00 | $ 0.00 |
| 000006 | TRS<br>Attn: Jeff Henderson<br>80 S Jefferson Rd<br>Whippany, NJ 07981 | $ 296.29 | $ 0.00 | $ 0.00 |
| 000007 | Paul Kinghorn<br>Paul Kinghorn<br>1419 Sweet Grass Trail<br>Houston, TX 77090 | $ 2,000.00 | $ 0.00 | $ 0.00 |
| 000008 | Federal Express Corporation<br>Attn Revenue Recovery/Bankruptcy<br>2005 Corporate Avenue<br>2nd Floor<br>Memphis, TN 38132 | $ 3,412.75 | $ 0.00 | $ 0.00 |
| 000010 | US Bancorp Manifest Funding Services<br>Attn Corporate Attorney<br>1450 Channel Parkway<br>Marshall, MN 56258 | $ 29,578.77 | $ 0.00 | $ 0.00 |
| 000011 | MULLIS A/C & HEATING<br>MULLIS A/C & HEATING<br>PO BOX 691984<br>HOUSTON, TX 77269-1984 | $ 173.20 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | WDBD TV<br>c/o Szabo Associates Inc<br>3355 Lenox Road 9th Floor<br>Atlanta, Georgia 30326 | $ 714.00 | $ 0.00 | $ 0.00 |
| 000013 | Universal Service Administrative Company<br>Attn Tracey Beaver Senior Mgr & Analyst<br>2000 L Street NW Suite 200<br>Washington, DC 20036 | $ 2,778.88 | $ 0.00 | $ 0.00 |
| 000014 | UNIVERSAL SERVICE ADMN COMPANY<br>Attn<br>Tracey Beaver, Senior Mgr&Analyst<br>2000 L Street NW Suite 200<br>Washington, DC 20036 | $ 19,717.49 | $ 0.00 | $ 0.00 |
| 000015A | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | $ 73,045.61 | $ 0.00 | $ 0.00 |
| 000016 | STATE OF ALABAMA DEPT OF REVENUE LEGAL DIVISION<br>PO BOX 320001<br>MONTGOMERY, AL 36132 | $ 2,256.77 | $ 0.00 | $ 0.00 |
| 000017 | Sprint Missouri, Inc<br>Sprint LTD Bankruptcy Dept<br>KSOPHT0101-Z2800<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 23,026.37 | $ 0.00 | $ 0.00 |
| 000018 | Sprint Missouri, Inc<br>Sprint LTD Bankruptcy Dept<br>KSOPHT0101-Z2800<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 53,703.93 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | United Telephone Company of Eastern Kansas<br>Sprint LTD Bankruptcy Dept<br>KSOPHT0101 Z2800<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 4,675.84 | $ 0.00 | $ 0.00 |
| 000020 | United Telephone Company Of SouthEastern<br>Sprint LTD Bankruptcy Dept<br>KSOPHT010 Z2800<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 4,256.61 | $ 0.00 | $ 0.00 |
| 000021 | The United Telephone Company Of Pennsylvania<br>Spril LTD Bankruptcy Dept<br>KSOPHT010<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 7,648.05 | $ 0.00 | $ 0.00 |
| 000022 | United Telephone Company of Eastern Kansas<br>Sprint LTD Bankruptcy Dept<br>KSOPHT0101 Z2800<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 102,166.71 | $ 0.00 | $ 0.00 |
| 000023 | UNITED TELEPHONE COMPANY OF NEW JERSEY INC<br>SPRINT LTD BANKRUPTCY DEPT<br>KSOPHTO101 2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $ 3,731.02 | $ 0.00 | $ 0.00 |
| 000024 | UNITED TELEPHONE SOUTHEAST INC TENNESSEE AND VIRGINIA<br>SPRINT LTD BANKRUPTCY DEPT<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $ 21,007.55 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000025 | CENTRAL TELEPHONE COMPANY OF TEXAS<br>SPRINT LTD<br>BANKRUPTCY DEPT<br>KSOPHT010 Z2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $ 57,416.60 | $ 0.00 | $ 0.00 |
| 000026 | UNITED TELEPHONE COMPANY OF TEXAS INC<br>SPRINT LTD<br>BANKRUPTCY DEPT<br>KSOPHT010 Z2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $ 49,093.81 | $ 0.00 | $ 0.00 |
| 000027 | CENTRAL TELEPHONE COMPANY OF VIRGINIA<br>SPRINT LTD<br>BANKRUPTCY DEPT<br>KSOPHT010 Z2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $ 51.77 | $ 0.00 | $ 0.00 |
| 000028 | CENTRAL TELEPHONE COMPANY - NORTH CAROLINA DIVISIO<br>SPRINT LTD<br>BANKRUPTCY DEPT<br>KSOPHT010 Z2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $ 39,545.89 | $ 0.00 | $ 0.00 |
| 000029 | Carolina Telephone & Telegraph Co (North Carolina)<br>SPRINT LTD<br>BANKRUPTCY DEPT<br>KSOPHT010 Z2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $ 140,582.64 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000030 | CL DIRECTORIES AMERICA INC SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 285.97 | $ 0.00 | $ 0.00 |
| 000031 | UNITED TELEPHONE COMPANY OF KANSAS SPRINT LTD BANKRUPTCY DEPT KSOPHTO101 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 7,291.95 | $ 0.00 | $ 0.00 |
| 000032 | UNITED TELEPHONE COMPANY OF SOUTHCENTRAL KANSAS SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 2,092.48 | $ 0.00 | $ 0.00 |
| 000033 | KAIT TELEVISION C/O SZABO ASSOCIATES INC 3355 LENOX ROAD 9TH FLOOR ATLANTA, GEORGIA 30326 | $ 1,241.00 | $ 0.00 | $ 0.00 |
| 000034 | NBANC ATTN JEFF HENDERSON 80 S JEFFERSON RD WHIPPANY, NJ 07981 | $ 216.18 | $ 0.00 | $ 0.00 |
| 000036 | Texas Comptroller of Public Accounts Office of the Attorney General Collection Division Bankruptcy Section PO Box 12548 Austin, TX 78711 | $ 143,478.61 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000038 | STATE OF ALABAMA DEPT OF REVENUE LEGAL DIVISION PO BOX 320001 MONTGOMERY, AL 36132 | $ 14,577.61 | $ 0.00 | $ 0.00 |
| 000039 | CENTRAL TELEPHONE COMPANY - NORTH CAROLINA DIVISIO SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 24,169.94 | $ 0.00 | $ 0.00 |
| 000040 | Sprint Missouri, Inc Sprint LTD Bankruptcy Dept KSOPHT0101-Z2800 6391 Sprint Parkway Overland Park, KS 66251 | $ 6,521.08 | $ 0.00 | $ 0.00 |
| 000041 | UNITED TELEPHONE COMPANY OF NEW JERSEY INC SPRINT LTD BANKRUPTCY DEPT KSOPHTO101 2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 3,731.02 | $ 0.00 | $ 0.00 |
| 000042 | UNITED TELEPHONE COMPANY OF TEXAS INC SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 10,702.43 | $ 0.00 | $ 0.00 |
| 000043 | United Telephone Company Of The Carolinas Sprint LTD Bankruptcy Dept KSOPHT0101 Z2800 6391 Sprint Parkway Overland Park, KS 66251 | $ 86,317.55 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000044 | The United Telephone Company Of Pennsylvania Spril LTD Bankruptcy Dept KSOPHT010 6391 Sprint Parkway Overland Park, KS 66251 | $ 7,648.05 | $ 0.00 | $ 0.00 |
| 000045 | CENTRAL TELEPHONE COMPANY OF TEXAS SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 24,739.58 | $ 0.00 | $ 0.00 |
| 000046 | CENTRAL TELEPHONE COMPANY - NORTH CAROLINA DIVISIO SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 34,530.98 | $ 0.00 | $ 0.00 |
| 000047 | Sprint Missouri, Inc Sprint LTD Bankruptcy Dept KSOPHT0101-Z2800 6391 Sprint Parkway Overland Park, KS 66251 | $ 1,034.33 | $ 0.00 | $ 0.00 |
| 000048 | CENTRAL TELEPHONE COMPANY OF VIRGINIA SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 0.79 | $ 0.00 | $ 0.00 |
| 000051 | UNITED TELEPHONE COMPANY OF KANSAS SPRINT LTD BANKRUPTCY DEPT KSOPHTO101 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 1,478.35 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) (Page: 10)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000058 | UNITED TELEPHONE COMPANY OF KANSAS SPRINT LTD BANKRUPTCY DEPT KSOPHTO101 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 25.68 | $ 0.00 | $ 0.00 |
| 000059 | UNITED TELEPHONE SOUTHEAST INC TENNESSEE AND VIRGINIA SPRINT LTD BANKRUPTCY DEPT 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 2,615.60 | $ 0.00 | $ 0.00 |
| 000060 | United Telephone Co of Pennsylvania Sprint LTD Bankruptcy Dept 6391 Sprint Parkway Overland Park, KS 66251-2800 | $ 7,648.05 | $ 0.00 | $ 0.00 |
| 000061 | CENTRAL TELEPHONE COMPANY OF VIRGINIA SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 51.77 | $ 0.00 | $ 0.00 |
| 000062 | Directories America Inc Sprint LTD Bankruptcy Dept 6391 Sprint Parkway Overland Park, KS 66251-2800 | $ 87.76 | $ 0.00 | $ 0.00 |
| 000064 | CENTRAL TELEPHONE COMPANY OF TEXAS SPRINT LTD BANKRUPTCY DEPT KSOPHT010 Z2800 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 | $ 2,339.23 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000066 | Sprint Florida Incorporated<br>Sprint LTD Bankruptcy Dept<br>KSOPHT0101 Z2800<br>6391 Sprint Parkway<br>Overland Park, KS 66261 | $ 37,129.87 | $ 0.00 | $ 0.00 |
| 000067 | Carolina Telephone & Telegraph Co (North Carolina)<br>SPRINT LTD BANKRUPTCY DEPT<br>KSOPHT010 Z2800<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | $ 140,245.28 | $ 0.00 | $ 0.00 |
| 000068 | State Of Louisiana<br>Louisiana Department Of Revenue<br>Po Box 66658<br>Baton Rouge, LA 70896 | $ 373.54 | $ 0.00 | $ 0.00 |
| 000071 | Missouri Public Service Commission<br>c/o Christie A Kincannon, AAG<br>Po Box 899<br>Jefferson City, MO 65102 | $ 53,317.39 | $ 0.00 | $ 0.00 |
| 000072 | Michael J Noonan<br>Michael J Noonan<br>14100 SW Freeway<br>Fairfield Bldg Ste 220<br>Sugar Land, TX 77478 | $ 24,330.00 | $ 0.00 | $ 0.00 |
| 000074 | Tennessee Department of Revenue<br>c/o Attorney General<br>Po Box 20207<br>Nashville, TN 37202 | $ 5,438.00 | $ 0.00 | $ 0.00 |
| 000075 | MULLIS A/C & HEATING<br>MULLIS A/C & HEATING<br>PO BOX 691984<br>HOUSTON, TX 77269-1984 | $ 173.20 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000077 | KAIT TELEVISION<br>C/O SZABO ASSOCIATES INC<br>3355 LENOX ROAD 9TH FLOOR<br>ATLANTA, GEORGIA 30326 | $ 1,241.00 | $ 0.00 | $ 0.00 |
| 000080 | STATE OF FL DEPT OF REVENUE<br>PO BOX 6668<br>TALLAHASSEE, FL 32314 | $ 298.28 | $ 0.00 | $ 0.00 |
| 000084 | Tennessee Department of Revenue<br>c/o Attorney General<br>Po Box 20207<br>Nashville, TN 37202 | $ 1,677,000.00 | $ 0.00 | $ 0.00 |
| 000085 | QWESTCorporation<br>1801 California St Rm 900<br>Denver, Co 80202 | $ 19,197.23 | $ 0.00 | $ 0.00 |
| 000087 | State Farm Insurance Company<br>c/o Leo & Weber PC<br>One N LaSalle Street Ste 3600<br>Chicago, IL 60602 | $ 257,414.14 | $ 0.00 | $ 0.00 |
| 000089 | Operating Telephone Company Subsidiaries Verizon Communications Inc<br>c/o Darryl S Laddin Esq<br>2800 One Atlantic Ctr 1201 W Peachtree S<br>Atlanta, GA 30309 | $ 141,446.49 | $ 0.00 | $ 0.00 |
| 000090 | Missouri Public Service Commission<br>c/o Christie A Kincannon, AAG<br>Po Box 899<br>Jefferson City, MO 65102 | $ 3,836.97 | $ 0.00 | $ 0.00 |
| 000091 | First Capital Group of Texas II, LP<br>c/o Jeffrey P Blanchard<br>750 E Mulberry, Suite 305<br>San Antonio, Texas 78212 | $ 2,551,917.76 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000093 | Walker, Jackson LLP 1401 McKinney Street, Suite 1900 Houston, Texas 77010 | $ 103,966.88 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ccabrales            Page 1 of 6                   Date Rcvd: Jan 24, 2011
Case: 04-00828                Form ID: pdf006            Total Noticed: 173

The following entities were noticed by first class mail on Jan 26, 2011.
 db           +EZ Talk Communications, LLC,    1245 East Diehl Rd,    Suite 300,    Naperville, IL 60563-4816
 aty          +Kent A Gaertner,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Rd., Suite 330,
                Wheaton, IL 60187-4547
 aty          +Michael J Davis,    Kofkin, Springer, Scheinbaum & Davis,    611 S Addison Rd,
                Addison, IL 60101-4648
7730585        ACCENTURE,   333 S 7TH,    MINNEAPOLIS, MN 55401
7639443        AFLAC,   AFLAC Attn: Remittance,    Processing Services,    1932 wynnton Road,
                Columbus, GA 31999-0797
7639447       +ALARM MASTERS,   ALARM MASTERS,    10550 W BELLFORT ST STE 130,    HOUSTON, TX 77031-1934
7730586       +ALLTEL,   c/o Wireline Bankruptcy,    10100 Sardis Crossing Drive,    Charlotte, NC 28270-2412
7639455       +ARAMARK Refreshment Services,    ARAMARK Refreshment Services,    1665 Townhurst Suite 160,
                Houston, TX 77043-3236
7730587       +AUSTIN PRESS,    12650 DIRECTORS DR 400,    STAFFORD, TX 77477-3788
7730034       +Aaron L Hammer and Sajida A Mahdi,    c/o Mayer, Rowe & Maw LLP,    190 South LaSalle Street,
                Chicago, IL 60603-3410
7639445        Airborne Express,    Airborne Express,    PO BOx 91001,    Seattle, WA 98111
7639451       +American Arbitration Assoc,    American Arbitration Assoc,    13455 Noel Rd Suite 1750,
                Dallas, TX 75240-6686
7639452       +American Business Listing,    American Business Listing,    311 S. Wacker Drive Suite #4550,
                Chicago, IL 60606-6622
7639458        Austin Press Advertising,    Austin Press Advertising
7730588        BELL SOUTH,   PO BO X 740144,    ATLANTA, GA 30374
7730590       +BROADWING COMMUNICATIONS,    PO BOX 790036,    SINT LOUIS, MO 63179-0036
7696612       +BellSouth Telecommunications Inc,    c/o Paul M Rosenblatt Esq,    1100 Peachtree Street NE,
                Atlanta, Georgia 30309-4501
7639461       +Best Software Checks,    Best Software Checks,    PO BOX 910,    Milton, WA 98354-0910
7639463       +Big Phone,   Big Phone,    1245 E. Diehl Road, Suite 300,    Naperville, IL 60563-4816
7639465        Broadwing Communications,    Broadwing Communications,    PO BOX 790036,    St Louis, MO 63179-0036
8245116       +Brown, James C,    C/O Sam Banayan Esq,    Adelman & Gettleman Ltd,    53 W Jackson, STe 1050,
                Chicago, IL 60604-3786
7639466        Brydon, Swearengen & England,    Brydon, Swearengen & England,    312 E Capitol Ave,    PO Box 456,
                Jefferson City, MO 65102-0456
7832961       +CENTRAL TELEPHONE COMPANY - NORTH CAROLINA DIVISIO,    SPRINT LTD BANKRUPTCY DEPT,
                KSOPHT010 Z2800,    6391 SPRINT PARKWAY,    OVERLAND PARK, KS 66251-6100
7832938       +CENTRAL TELEPHONE COMPANY OF TEXAS,    SPRINT LTD BANKRUPTCY DEPT,    KSOPHT010 Z2800,
                6391 SPRINT PARKWAY,    OVERLAND PARK, KS 66251-6100
7832945       +CENTRAL TELEPHONE COMPANY OF VIRGINIA,    SPRINT LTD BANKRUPTCY DEPT,    KSOPHT010 Z2800,
                6391 SPRINT PARKWAY,    OVERLAND PARK, KS 66251-6100
7832971       +CL DIRECTORIES AMERICA INC,    SPRINT LTD BANKRUPTCY DEPT,    KSOPHT010 Z2800,
                6391 SPRINT PARKWAY,    OVERLAND PARK, KS 66251-6100
7730591       +COMMPETITIVE COMM GROUP,    6811 KENILWORTH AVE ST 300,    RIVERDALE, MO 20737-1333
7832970       +Carolina Telephone & Telegraph Co (North Carolina),    SPRINT LTD BANKRUPTCY DEPT,
                KSOPHT010 Z2800,    6391 SPRINT PARKWAY,    OVERLAND PARK, KS 66251-6100
8025810       +Carolina Telephone & Telegraph Co (North Carolina),    Sprint LTD Bankruptcy Dept,
                KSOPHT0101-Z2800,    6391 Sprint Parkway,    Overland Park KS 66251-6100
7639502       +Commonwealth of Massachusetts,    Dept of Revenue,    Box 9564,    Boston, MA 02114-9564
8009785        Directories America Inc,    Sprint LTD Bankruptcy Dept,    6391 Sprint Parkway,
                Overland Park, KS 66251-2800
7639476       +Doug Turner Plumbing Co.,    Doug Turner Plumbing Co.,    2531 Wind Fall,
                Sugar Land, TX 77479-1408
7730592       +EXCELERON,    12900 SENIAC DR 100,    DALLAS, TX 75234-9232
7730593       +FREMA LLC,    1245 E DIEHI RD,    NAPERVILLE, IL 60563-9349
7639478        FedEx,    FedEx PO Box 1140,    Memphis, TN 38101-1140
7759383       +Federal Express Corporation,    Attn Revenue Recovery/Bankruptcy,
                2005 Corporate Avenue 2nd Floor,    Memphis, TN 38132-1796
8324481       +First Capital Group of Texas II, LP,    c/o Jeffrey P Blanchard,    750 E Mulberry, Suite 305,
                San Antonio, Texas 78212-3105
7639479       +First Victoria National Bank,    First Victoria National,    101 S Main St,
                Victoria, TX 77901-8154
7639480       +Fort Bend County Water Control,    Fort Bend County Water Control,    2331 S Main,
                Stafford, TX 77477-5588
7639484       +GHG Corporation,    GHG Corporation,    1100 Hercules Suite 290,    Houston, TX 77058-2760
7639485       +Global Laser, Inc.,    Global Laser, Inc.,    11246 South Post Oak, Suite 400,
                Houston, TX 77035-5704
7639487       +Hilton, Francine,    Hilton, Francine,    1202 Travis Lane Lot 14,    Manning, SC 29102-5079
7639488       +Holland & Company CPA’S,    Holland & Company CPA’S,    477 E Butterfield Rd Suite 206,
                Lombard, IL 60148-4879
7804277      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
7639490        Irwin Business Finance,    Irwin Business Finance,    PO BOX 6214,    Indianapolis, IN 46206-6214
7639491        Jackson Walker LLP,    Jackson Walker LLP,    PO BOX 130989,    DALLAS, TX 75313-0989
7833000       +KAIT TELEVISION,    C/O SZABO ASSOCIATES INC,    3355 LENOX ROAD 9TH FLOOR,
                ATLANTA, GEORGIA 30326-1394
7639495        KS Secretary of State,    Kansas Secretary of State,    120 S. W. 10th Avenue,
                Topeka, KS 66612-1594
7639496       +KTHV/Little Rock,    KTHV/Little Rock,    Two Lincoln Centre,    5420 LBJ Freeway, Suite 530,
                Dallas, TX 75240-6289
7639493       +Kansas Corporation Commmission,    Kansas Corporation Commmission,    1500 SW Arrowhead Road,
                Topeka, KS 66604-4029
9365409       +Kentucky Department of Revenue,    Legal Branch Bankruptcy Sect Attn: Leann,    POB 5222,
                Frankfort, KY 40602-5222
```

```
District/off: 0752-1           User: ccabrales              Page 2 of 6                  Date Rcvd: Jan 24, 2011
Case: 04-00828                 Form ID: pdf006              Total Noticed: 173

8551078        +Louisiana Department of Labor,   Office of Regulator Services,   Post Office Box 44127,
                 Baton Rouge Louisiana 70804-4127
11927595        Louisiana Department of Revenue,   POB 66658,   Baton Rouge, LA 70896-6658
7730594        +M&T CAPITAL,   1245 E DIEHI RD,   NAPERVILLE, IL 60563-9349
7730595        +MAIL PROCESSING CENTER INC,   PO BOX 740989,   HOUSTON, TX 77274-0989
7639504        +MCI,   MCI Payment Processing Center,   PO Box 85080,   Richmond, VA 23285-5080
7639508         MULLIS A/C & HEATING,   MULLIS A/C & HEATING,   PO BOX 691984,   HOUSTON, TX 77269-1984
7639500         Mail Processing Center, Inc.,   Mail Processing Center, Inc.,   PO Box 740989,
                 Houston, TX  77274-0989
7639501        +Main Partners, LP,   The Main Partners, LP,   PO DRAWER 887,   STAFFORD, TX 77497-0887
8459978        +Massachusetts Taxes,   Ann Chan,   POB 9564,   Boston MA 02114-9564
7639506        +Michael J Noonan,   Michael J Noonan,   14100 SW Freeway,   Fairfield Bldg Ste 220,
                 Sugar Land, TX 77478-3466
8072990        +Missouri Public Service Commission,   c/o Christie A Kincannon, AAG,   Po Box 899,
                 Jefferson City, MO 65102-0899
8290935        +Moore, Carolyn G,   1311 Town Street,   Greensboro, NC 27407-3546
7833027        +NBANC,   ATTN JEFF HENDERSON,   80 S JEFFERSON RD,   WHIPPANY, NJ 07981-1027
7639513        +NEUSTAR,   NEUSTAR Loudon Tech Center,   46000 Center Oak Plaza,   Sterling, VA 20166-6579
7639516         NYS HESC AWG,   NYS HESC AWG Lockbox GPO,   PO BOX 26444,   New York, NY 10087-6444
7639515        +Nuava Networks, LP,   Nuava Networks, LP,   2323 Bryan Street, Suite 120,   Dallas, TX 75201-7447
7639517         Office Depot,   Office Depot Credit Plan,   PO Box 9020,   Des Moines, IA 50368-9020
8321116         Operating Telephone Company Subsidiaries,   Verizon Communications Inc,   c/o Darryl S Laddin Esq,
                 2800 One Atlantic Ctr 1201 W Peachtree S,   Atlanta, GA  30309
7639518         Ozarka,   Ozarka,   PO BOX 52214,   PHOENIX, AZ 85072-2214
7730596        +PUBLIC UTILITY COMMISSION OF TEXAS,   1701 N CONGRESS AVE,   AUSTIN, TX 78701-1415
8285729        +Pacific Bell Telephone Company,   SBC Communications,   c/o Cheryl Becker - IM Bankruptcy,
                 722 N Broadway  Floor 11,   Milwaukee, WI 53202-4303
8595570        +Palladium Communications,   Law Office of Paul M Bach,   1955 Shermer Road Ste 150,
                 Northbrook, Illinois 60062-5352
7639519        +Paul Kinghorn,   Paul Kinghorn,   1419 Sweet Grass Trail,   Houston, TX 77090-1844
7730597        +QWESTCorporation,   1801 California St Rm 900,   Denver, Co 80202-2609
7639524        +Rhode Island Secretary of State,   Rhode Island Secretary of State,   100 North Main Street,
                 Providence, RI 02903-1325
7730598        +SBC,   PO BOX 650502,   DALLAS,TX 75265-0502
7727766        +ST CLAIR COUNTY EMERGENCY,   TELEPHONE SYS,   101 S 1ST STREET,   BELLEVILLE, IL 62220-2014
7727769        +STATE CORPORATION COMMISSION,   PUBLIC SERVICE TAXATION DEPARTMENT,   PO BOX 1197,
                 RICHMOND, VA 23218-1197
7727770        +STATE OF CALIF  PUBLIC UTILITIES COM,   505  VAN NESS AVENUE,   SAN FRANCISCO, CA 94102-3298
7727771        +STATE OF CONNECTICUT,   DEPT OF PUBLIC UTILITY COMMISSION,   10 FRANKLIN SQUARE,
                 NEW BRITAIN, CT 06051-2655
7727772        +STATE OF DELAWARE PUBLIC SERV COMMISSION,   861 SILVER LAKE BLVD CANNON BLDG,   SUITE 100,
                 DOVER, DE 19904-2467
7727773        +STATE OF FL DEPT OF REVENUE,   PO BOX 6668,   TALLAHASSEE, FL 32314-6668
7727774        +STATE OF L A DEPARTMENT OF REVENUE,   COLLECTION DIVISION,   PO BOX 201,
                 BATON ROUGE, LA 70821-0201
7727767        +STATE OF MAINE PUB UTIL COMMISSION,   242 STATE STREET,   18 STATE HOUSE STATION,
                 AUGUSTA, ME 04333-0018
7727775        +STATE OF MD DEPT OF ASSES & TAXATION,   FRANCHISE TAX UNIT,   301 W PRESTON STREET,
                 BALTIMORE, MD 21201-2305
7727776        +STATE OF NEW JERSEY,   SALES AND TXX USE,   PO BOX 260,   TRENTON, NJ 08646-0260
7639570         STN,   STN
7639574        +SUN Communications,   SUN Communications,   1 Simms Street,   San Rafael, CA 94901-5442
7639526         Safeguard Business Systems,   Safeguard Business Systems,   PO BOX 1749,
                 Ft Washington, PA 19034-8749
7639529        +Shaw Pittman LLP,   c/o Accounts Receivable,   2300 N Street,,   NW Washington, DC 20037-1122
8280928        +Southwestern Bell Telephone Company,   SBC Communication,   C/O Cheryl Becker-IM Bankruptcy,
                 722 N Broadway Floor 11,   Milwaukee, WI 53202-4303
7639543         Sprint 441093490,   SPRINT PO BOX 88026,   CHICAGO, IL 60680-1206
7828500         Sprint Florida Incorporated,   Sprint LTD Bankruptcy Dept,   KSOPHT0101 Z2800,
                 6391 Sprint Parkway,   Overland Park, KS  66261
7828454        +Sprint Missouri, Inc,   Sprint LTD Bankruptcy Dept,   KSOPHT0101-Z2800,   6391 Sprint Parkway,
                 Overland Park, KS 66251-6100
7867241        +Stafform Municipal SD,   c/o John P Dillman,   Linebarger Goggan Blair & Sampson LLP,
                 PO Box 3064,   Houston, TX 77253-3064
7639559         State Corporation Commission,   State Corporation Commission 1300,
                 E Main St Richmond, VA  23219
8321047        +State Farm Insurance Company,   c/o Leo & Weber PC,   One N LaSalle Street Ste 3600,
                 Chicago, IL 60602-4015
8035907        +State Of Louisiana,   Louisiana Department Of Revenue,   Po Box 66658,
                 Baton Rouge, LA 70896-6658
7639566         State of New Jersey,   State of New Jersey PO BOX 34089,   Newark, NJ  07189-0001
7639569        +Sterling Bank,   c/o Mr Eric Gould,   2500 Tanglewilde, Suite 222,   Houston, Texas 77063-2139
7639572        +Sugar Land Courier Services,   Sugar Land Courier Services PMB # 332,
                 14019 S.W. Freeway, Suite 301,   Sugar Land, TX 77478-3551
7639575         Susan Mosteller,   Susan Mosteller
7639577        +Szabo Associates, Inc.,   Szabo Associates, Inc.,   3355 Lenox Road, NE Ninth Floor,
                 Atlanta, GA 30326-1395
7727777        +TARRANT COUNTY 911 DISTRICT,   C/O ONE POINT LLC,   PO BOX 221092,   ST LOUIS, MO 63122-8092
7727778        +TAX & LICENSE OFFICE,   PO BOX 29618,   PHOENIX, AZ 85038-9618
7730667        +TELUTION,   65 EAST WACKER PLACE STE 600,   CHICAGO, IL 60601-7254
7727779        +TENNESSEE DEPARTMENT OF REVENUE,   ADREW JACKSON STATE OFFICE BLDG,   500 DEADERICK STREET,
                 NASHVILLE, TN 37242-0001
```

```
District/off: 0752-1           User: ccabrales             Page 3 of 6            Date Rcvd: Jan 24, 2011
Case: 04-00828                 Form ID: pdf006             Total Noticed: 173


7727768       ++TEXAS COMPTROLLER OF PUBLIC ACCOUNTS,    REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION,
                PO BOX 13528,    AUSTIN TX 78711-3528
               (address filed with court: STATE COMPTROLLER,    111 E 17TH ST,    AUSTIN, TX  78711)
7727780        +THE CITY OF ANDOVER KANSAS,    PO BOX 295,    909 N ANDOVER ROAD,    ANDOVER, KS 67002-9795
7727781        +TOWN OF CARY NORTH CAROLINA,    316 N ACADEMY STREET,    CARY, NC 27513-4538
7753226        +TRS,   Attn: Jeff Henderson,    80 S Jefferson Rd,    Whippany, NJ 07981-1027
7727782        +TX  PEARLAND,    CITY OF PEARLAND, TEXAS,    3519 LIBERTY DR,    PEARLAND, TX 77581-5416
7727783        +TX ADDISON,    ELAIN DIFIGLIA, COLLECTIONS DEPT,    PO BOX 9009,    ADDISON, TX 75001-9009
7727784        +TX FORT BEND COUNTY TAX ASSESSOR,    PO BOX 399,    RICHMOND, TX 77406-0054
7727785        +TX IRS,    DEPARTMENT OF THE TREASURY,    300 E 8TH ST,    AUSTIN, TX 78701-3233
7727786        +TX MIDLAND,    MIDLAND EMERGENCY COMMUNICATION,    1110 WEST WALL ST,    MIDLAND, TX 79701-6736
7730668        +TX NECA,    80 S JEFFERSON RD,    WHIPPANY, NJ 07981-1027
7727787        +TX PLANO,    MARK D ISRAELSON ASST TO THE CITY,    PO BOX 860358,    PLANO, TX 75086-0358
7727788        +TX STATE OF TX,    CORPORATIONS SECTION,    PO BOX 13697,    AUSTIN, TX 78711-3697
7727789        +TX WORKFORCE COMMISSION,    US DEPT OF LABOR TWC BLDG LMI/OES,    101 E 15TH ST STE 103A 3,
                AUSTIN, TX 78701-1442
7639586         TXU Communications,    TXU Communications,    300 Decker Drive,    Irving, TX  75062-8136
7639578         Telution,    Telution 65 East Wacker Place,,    Suite 600,    Chicago, IL 60601
8159099        +Tennessee Department of Revenue,    c/o Attorney General,    Po Box 20207,
                Nashville, TN 37202-4015
7841548        +Texas Comptroller of Public Accounts,    Office of the Attorney General,
                Collection Division Bankruptcy Section,    PO Box 12548,    Austin, TX 78711-2548
8292847         Texas Workforce Commission,    TWC Building,    Austin, Texas
7639582        +The Key People,    The Key People,    777 S Wadsworth Blvd,    Bldg 3, Ste 102,
                Lakewood, CO 80226-4300
7828906        +The United Telephone Company Of Pennsylvania,    Spril LTD Bankruptcy Dept,    KSOPHT010,
                6391 Sprint Parkway,    Overland Park, KS 66251-6100
7639584         Travelers,    The Travelers CL Remittance,    Center Hartford, CT  06180-1008
7730669        +UNION PLANTERS BANK,    PO 7482,    HOUSTON, TX 77248-7482
7832973        +UNITED TELEPHONE COMPANY OF KANSAS,    SPRINT LTD BANKRUPTCY DEPT,    KSOPHTO101  Z2800,
                6391 SPRINT PARKWAY,    OVERLAND PARK, KS 66251-6100
7832931        +UNITED TELEPHONE COMPANY OF NEW JERSEY INC,    SPRINT LTD BANKRUPTCY DEPT,    KSOPHTO101 2800,
                6391 SPRINT PARKWAY,    OVERLAND PARK, KS 66251-6100
7832993        +UNITED TELEPHONE COMPANY OF SOUTHCENTRAL KANSAS,    SPRINT LTD BANKRUPTCY DEPT,    KSOPHT010  Z2800,
                6391 SPRINT PARKWAY,    OVERLAND PARK, KS 66251-6100
7832943        +UNITED TELEPHONE COMPANY OF TEXAS INC,    SPRINT LTD BANKRUPTCY DEPT,    KSOPHT010 Z2800,
                6391 SPRINT PARKWAY,    OVERLAND PARK, KS 66251-6100
7832937        +UNITED TELEPHONE SOUTHEAST INC,    TENNESSEE AND VIRGINIA,    SPRINT LTD BANKRUPTCY DEPT,
                6391 SPRINT PARKWAY,    OVERLAND PARK, KS 66251-6100
7727791        +UNIVERSAL SERVICE ADMN COMPANY,    135 S LASALLE STREET DEPT 1259,    CHICAGO, IL 60674-0001
7727790        +UNIVERSAL SERVICE ADMN COMPANY,    Attn Tracey Beaver, Senior Mgr & Analyst,
                2000 L Street NW  Suite 200,    Washington, DC 20036-4924
7727793        +UNIVERSAL SERVICE FUND,    2522 19TH STREET SE,    SALEM, OR 97302-1501
7639589         UPS,    UPS Lockbox 577,    Carol Stream, IL  60132-0577
7639590        +US BANCORP,    Manifest Funding Service,    PO BOX 5179,    Sioux Falls, SD 57117
7763521        +US Bancorp Manifest Funding Services,    Attn Corporate Attorney,    1450 Channel Parkway,
                Marshall, MN 56258-4005
7727794        +USAC,    135 S LASALLE DEPT 1259,    CHICAGO, IL 60674-0001
7639588         United Health Care,    United Health Care Small Group,    Acct -EXBA,    PO BOX 41738,
                Philadelphia,  PA  19101-1738
8021764         United Telephone Co Carolinas South Carolina,    Sprint LTD Bankruptcy Dept,    KSOPHT010-z2800,
                6391 Sprint Parkway,    Overland Park, KS 62251-2800
8009755         United Telephone Co of Pennsylvania,    Sprint LTD Bankruptcy Dept,    6391 Sprint Parkway,
                Overland Park, KS 66251-2800
7828796        +United Telephone Company Of SouthEastern,    Sprint LTD Bankruptcy Dept,    KSOPHT010 Z2800,
                6391 Sprint Parkway,    Overland Park, KS 66251-6100
7829224        +United Telephone Company Of The Carolinas,    Sprint LTD Bankruptcy Dept,    KSOPHT0101 Z2800,
                6391 Sprint Parkway,    Overland Park, KS 66251-6100
7828792        +United Telephone Company of Eastern Kansas,    Sprint LTD Bankruptcy Dept,    KSOPHT0101 Z2800,
                6391 Sprint Parkway,    Overland Park, KS 66251-6100
7798481        +Universal Service Administrative Company,    Attn Tracey Beaver Senior Mgr & Analyst,
                2000 L Street NW Suite 200,    Washington, DC 20036-4924
7639594         VA Treasurer,    Treasurer of Virginia,    PO BOX 1197,    Richmond, VA  23218-1197
7730670        +VERIZON RESALE,    PO BOX 920041,    DALLAS, TX 75392-0041
7639602         Verizon (2),    Verizon Wireless,    PO BOX 660108,    Dallas, TX 75266-0108
7639601         Verizon Communications Inc,    c/o Darryl S Laddin,    2800 One Atlantic Center,
                Atlanta, Georgia 30309
7749553        +Vertex Broadband Corp,    c/o Bradley H Foreman,    6914 W North Ave,    Chicgo, IL 60707-4413
7780286        +WDBD TV,    c/o Szabo Associates Inc,    3355 Lenox Road 9th Floor,    Atlanta, Georgia 30326-1394
7639613        +WELLS FARGO BANK,    WELLS FARGO BANK Texas,    Business Banking MAC T5601-012,    PO Box 659700,
                San Antonio, TX 78265-9700
7730671        +WORLDCOM,    PO BOX 85080,    RICHMOND, VA 23285-5080
8544203        +WUPL Television,    c/o Szabo Associates Inc,    3355 Lenox Road    9thfl,    Atlanta, GA 30326-1394
7727636        +WXMS T.V,    c/o Szabo Associates, Inc,    3355 Lenox Road, 9th Floor,    Atlanta, GA 30326-1394
7639610        +Wal-Mart Store #3500,    Wal-Mart Store #3500,    5655 East Sam Houston Pkwy.,
                Houston, TX 77015-3250
8327774        +Walker, Jackson LLP,    1401 McKinney Street, Suite 1900,    Houston, Texas 77010-4037
7639614         Western Union Financial Serivces,    Western Union Financial Services,    P.O. Box 1758,
                Englewood, CO 80150-1758
7639617         Winn-Dixie - Location 1269,    Winn-Dixie - Location 1269 Attn:,    Kenny Lowe,
                110 Wilkinsville Hwy.,    Gaffney, SC  29340-4150
7639622         XEROX 665346003,    XEROX Capital Services, LLC,    PO BOX 650361,    DALLAS, TX  75265-0361
7639623         XEROX 702513441,    XEROX Capital Services, LLC,    PO BOX 802567,    CHICAGO, IL 60680-2567
```

```
District/off: 0752-1          User: ccabrales          Page 4 of 6            Date Rcvd: Jan 24, 2011
Case: 04-00828                Form ID: pdf006          Total Noticed: 173


8595721        +Youtel Communications,    Law Office of Paul M Bach,    1955 Shermer Road Ste 150,
                 Northbrook, Illinois 60062-5352
The following entities were noticed by electronic transmission on Jan 24, 2011.
7639446        E-mail/Text: bankruptcy@revenue.alabama.gov
                 Alabama Department of Revenue,    Business Privilege & Corporate,    Shares Tax Section,
                 P.O. Box 327431,    Montgomery, AL  36132-7431
7639473        E-mail/Text: tammie.bennett@wolterskluwer.com                              CT Corporation,
                 CT Corporation,    PO BOX 4349,    Carol Stream, IL 60197-4349
8175466       +E-mail/Text: brnotices@dor.ga.gov                              Georgia Dept of Revenue,
                 PO Box 161108,    Atlanta, GA 30321-1108
9706776        E-mail/Text: BANKRUPTCY@MSTC.STATE.MS.US
                 Mississippi State Tax Commission,    Bankruptcy Section,    POB 23338,    Jackson, MS 39225-3338
7639561       +E-mail/Text: bankruptcy@revenue.alabama.gov
                 STATE OF ALABAMA DEPT OF REVENUE,    LEGAL DIVISION,    PO BOX 320001,    MONTGOMERY, AL 36132-0001
7639581       +E-mail/Text: redpacer@twc.state.tx.us                              Texas Workforce Comm,
                 Texas Workforce Comm,    PO BOX 149037,    Austin, TX 78714-9037
7639609        E-mail/PDF: bankruptcyverizonwireless@afninet.com Jan 25 2011 00:07:45      Verizon Wireless,
                 Verizon Wireless,    PO BOX 660108,    DALLAS, TX  75266-0108
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr             Ronald R Peterson
7639444        AIR CHAMPION,    AIR CHAMPION
7639456        ARIZONA DEPT OF REV,    ARIZONA DEPT OF REV
7639457        ARKANSAS PUBLIC SERVICE,    ARKANSAS PUBLIC SERVICE
7639442        Accenture,    Accenture
7639448        Alltel,    Alltel
7639450        Alltel - 800 Payment System,    Alltel - 800 Payment System
7639449        Alltel-N Bldg DID T 1,    Alltel-N Bldg DID T 1
7639453        American Diabetes Association,    American Diabetes Association
7639454        Apache Waste,    Apache Waste
7730589        BELL SOUTH PRO-UNE
7639462        BEXAR METRO 911,    BEXAR METRO 911
7639464        BILLSOFT,    BILLSOFT
7639460        BellSouth Pro-Une,    BellSouth Pro-Une
7639459        Bellsouth,    Bellsouth
7639470        COMCORP of Baton Rouge,    COMCORP of Baton Rouge
7639471        COMPETITIVE COMMS GROUP,    COMPETITIVE COMMS GROUP
7639472        CONTACT TELECOM,    CONTACT TELECOM
7639467        Carlos Zamarripa,    Carlos Zamarripa
7639468        CenturyTel,    CenturyTel
7639474        DELAWARE PSC,    DELAWARE PSC
7639475        DeltaPhones,    DeltaPhones
7639477        EXCELERON,    EXCELERON
7639481        FREMA LLC,    FREMA LLC
7639482        GEORGIA DEPT REV,    GEORGIA DEPT REV
7639483        GEORGIA PSC,    GEORGIA PSC
7639486        Global Pay,    Global Pay
7639489        HST,    HST
7639492        KAIT-K8,    KAIT-K8
7639494        KPLR-TV,    KPLR-TV
7639497        KTVI-FOX 2,    KTVI-FOX 2
7639498        KY STATE TREASURER,    KY STATE TREASURER
7639499        M & T Capital,    M & T Capital
7639503        MASSACHUSETTS, CORP DIV,    MASSACHUSETTS, CORP DIV
7639505        MEDIA GENERAL,    MEDIA GENERAL
7639507        MISS STATE TAX,    MISS STATE TAX
7639509        NBANC,    NBANC
7639510        NECA ARUSF,    NECA ARUSF
7639511        NECA SERVICES,    NECA SERVICES
7639512        NECA TRS,    NECA TRS
7639514        NORTH CAROLINA,    NORTH CAROLINA
7639520        Progressive Bank,    Progressive Bank
7639521        Qwest,    Qwest
7639525        Rhode Island, State of,    State of Rhode Island
7639527        SBC,    SBC
7639530        SHRAUNER, CHARLES,    SHRAUNER, CHARLES
7639531        SOUTH CAROLINA DOR,    SOUTH CAROLINA DOR
7639558        ST LOUIS COUNTY,    ST LOUIS COUNTY
7639560        STATE FARM INSURANCE,    STATE FARM INSURANCE
7639562        STATE OF ARKANSAS,    STATE OF ARKANSAS
7639563        STATE OF MARYLAND,    STATE OF MARYLAND
7639564        STATE OF MASS,    STATE OF MASS
7639565        STATE OF MS,    STATE OF MS
7639567        STATE OF NJ,    STATE OF NJ
7639568        STATE OF SC,    STATE OF SC
7639571        SUDDATH RELOCATION,    SUDDATH RELOCATION
7639573        SUGARLAND LOCK &,  SECURITY,    SUGARLAND LOCK &,   SECURITY
7639576        SWEET, MICHAEL,    SWEET, MICHAEL
7639528        Sbc 9795311118,    Sbc 9795311118
7639532        Southwestern Bell,    Southwestern Bell
7639533        Sprint 239 182-0141 789,    Sprint 239 182-0141 789 FL
7639534        Sprint 252 182-0141 476,    Sprint 252 182-0141 476 NC
```

```
District/off: 0752-1          User: ccabrales         Page 5 of 6            Date Rcvd: Jan 24, 2011
Case: 04-00828                Form ID: pdf006         Total Noticed: 173


              ***** BYPASSED RECIPIENTS (continued) *****
 7639535        Sprint 252 182-0142 000,    Sprint 252 182-0142 000 NC
 7639536        Sprint 252 182-0143 691,    Sprint 252 182-0143 691 NC
 7639537        Sprint 252 182-0145 852,    Sprint 252 182-0145 852 NC
 7639538        Sprint 281 182-0141 785,    Sprint 281 182-0141 785 TX
 7639539        Sprint 368D007667,    Sprint 368D007667
 7639540        Sprint 407 182-0141 942,    Sprint 407 182-0141 942 FL
 7639541        Sprint 423 182-0141 625,    Sprint 423 182-0141 625 TN
 7639542        Sprint 434 182-0141 590,    Sprint 434 182-0141 590 VA
 7639544        Sprint 573 182-0141 326,    Sprint 573 182-0141 326 MO
 7639545        Sprint 620 182-0141 931,    Sprint 620 182-0141 931 KS
 7639546        Sprint 717 182-0141 745,    Sprint 717 182-0141 745 PA
 7639547        Sprint 828 182-0140 878,    Sprint 828 182-0140 878 NC
 7639548        Sprint 828 182-0141 326,    Sprint 828 182-0141 326 NC
 7639549        Sprint 828 182-0142 392,    Sprint 828 182-0142 392 NC
 7639550        Sprint 828 182-0143 985,    Sprint 828 182-0143 985 NC
 7639551        Sprint 843 182-0141 081,    Sprint 843 182-0141 081 SC
 7639552        Sprint 843 182-0142 417,    Sprint 843 182-0142 417 SC
 7639553        Sprint 843 183-0141 845,    Sprint 843 183-0141 845 SC
 7639554        Sprint 850 182-0141 123,    Sprint 850 182-0141 123 FL
 7639555        Sprint 903 182-0141 767,    Sprint 903 182-0141 767 TX
 7639556        Sprint 908 182-0141 278,    Sprint 908 182-0141 278 NJ
 7639557        Sprint 940 182-0141 323,    Sprint 940 182-0141 323 TX
 7639579        TENN DEPT OF REV,    TENN DEPT OF REV
 7639580        TENN DOR,    TENN DOR
 7639583        THRIFTY NICKEL,    THRIFTY NICKEL
 7639585        TX STATE COMPTROLLER,    TX STATE COMPTROLLER
 7639587        UNION PLANTERS BANK,    UNION PLANTERS BANK
 7639591        US BANK,    US BANK
 7639592        US WEST,    US WEST
 7639593        USAC,    USAC
 7639605        VERIZON NORTH  MA-33133,    VERIZON NORTH   MA
 7639606        VERIZON NORTH  MA-34134,    VERIZON NORTH   MA
 7639595        Valor Telecom,    Valor Telecom
 7639596        Verizon,    Verizon
 7639603        Verizon 655318610,    Verizon 655318610
 7639604        Verizon California,    Verizon California
 7639607        Verizon South,    Verizon South
 7639608        Verizon West,    Verizon West
 7639597        Verizon-CA,    Verizon-CA
 7639598        Verizon-MA-508Q050134134,    Verizon-MA-508Q050134134
 7639599        Verizon-MD-075697184,    Verizon-MD-075697184
 7639600        Verizon-NJ,    Verizon-NJ
 7639611        WBSC,    WBSC
 7639612        WCBD-TV,    WCBD-TV
 7639615        WESTPORT,    WESTPORT
 7639616        WHNS,    WHNS
 7639618        WMMP-TV,    WMMP-TV
 7639619        WORLDCOM,    WORLDCOM
 7639620        WTAT-TV,    WTAT-TV
 7639621        WXMS-TV,    WXMS-TV
 8967163*       State of MD Dept of Asses & Taxation,    Franchise Tax Unit,    301 W Preston Street,
                 Baltimore, MD 21201-2305
 7727792*      +UNIVERSAL SERVICE ADMN COMPANY,    Attn; Tracey Beaver, Senior Mgr&Analyst,
                 2000 L Street NW Suite 200,    Washington, DC 20036-4924
 7639469       ##Colorado Secretary of State,    Colorado Secretary of State,    1560 Broadway, Suite 200,
                 Denver, CO 80202-5169
 7639522       ##Reliant Energy,    Reliant Energy,    PO Box 4932,    Houston, TX  77210-4932
 7639523       ##Reliant Energy HLP,    Reliant Energy,    PO Box 4932 Houston,,    TX 77210-4932
                                                                                             TOTALS: 112, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: ccabrales          Page 6 of 6          Date Rcvd: Jan 24, 2011
Case: 04-00828                Form ID: pdf006          Total Noticed: 173

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 26, 2011**          **Signature:** _Joseph Speetjens_