# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                        §
                                              §
EZ Talk Communications, LLC                   §        Case No. 04-000828 ABG
                                              §
            Debtor(s)                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $                 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on           , and it was converted to chapter 7 on           .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/RONALD R. PETERSON _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000086 | BELLSOUTH TELECOMMUNICATIONS INC | | | | | |
| 000092 | BROWN, JAMES C | | | | | |
| 000054 | CAROLINA TELEPHONE & TELEGRAPH CO ( | | | | | |
| 000049 | CENTRAL TELEPHONE COMPANY - NORTH C | | | | | |
| 000081 | PACIFIC BELL TELEPHONE COMPANY | | | | | |
| 000079 | SOUTHWESTERN BELL TELEPHONE COMPANY | | | | | |
| 000057 | SPRINT FLORIDA INCORPORATED | | | | | |
| 000050 | THE UNITED TELEPHONE COMPANY OF PEN | | | | | |
| 000065 | UNITED TELEPHONE CO CAROLINAS SOUTH | | | | | |
| 000052 | UNITED TELEPHONE COMPANY OF KANSAS | | | | | |
| 000056 | UNITED TELEPHONE COMPANY OF KANSAS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000063 | UNITED TELEPHONE COMPANY OF NEW JER | | | | | |
| 000053 | UNITED TELEPHONE COMPANY OF TEXAS I | | | | | |
| 000070 | UNIVERSAL SERVICE ADMINISTRATIVE CO | | | | | |
| 000015B | DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| 000073 | DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| 000076 | GEORGIA DEPT OF REVENUE | | | | | |
| 000104B | KENTUCKY DEPARTMENT OF REVENUE | | | | | |
| 000099A | LOUISIANA DEPARTMENT OF LABOR | | | | | |
| 000099B | LOUISIANA DEPARTMENT OF LABOR | | | | | |
| 000108 | LOUISIANA DEPARTMENT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000096 | MASSACHUSETTS TAXES | | | | | |
| 000106 | MISSISSIPPI STATE TAX COMMISSION | | | | | |
| 000105 | MISSOURI PUBLIC SERVICE COMMISSION | | | | | |
| 000037 | STAFFORM MUNICIPAL SD | | | | | |
| 000103 | STATE OF MD DEPT OF ASSES & TAXATIO | | | | | |
| 000035 | TEXAS COMPTROLLER OF PUBLIC ACCOUNT | | | | | |
| 000083 | TEXAS WORKFORCE COMMISSION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| JENNER & BLOCK | | | | | |
| JENNER & BLOCK LLP | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JENNER & BLOCK LLP | | | | | |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000082 | MOORE, CAROLYN G | | | | | |
| 000078 | BROWN, JAMES C | | | | | |
| 000009 | STERLING BANK | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ARAMARK REFRESHMENT SERVICES | | | | | |
| 000029 | CAROLINA TELEPHONE & TELEGRAPH CO ( | | | | | |
| 000067 | CAROLINA TELEPHONE & TELEGRAPH CO ( | | | | | |
| 000028 | CENTRAL TELEPHONE COMPANY - NORTH C | | | | | |
| 000039 | CENTRAL TELEPHONE COMPANY - NORTH C | | | | | |
| 000046 | CENTRAL TELEPHONE COMPANY - NORTH C | | | | | |
| 000025 | CENTRAL TELEPHONE COMPANY OF TEXAS | | | | | |
| 000045 | CENTRAL TELEPHONE COMPANY OF TEXAS | | | | | |
| 000064 | CENTRAL TELEPHONE COMPANY OF TEXAS | | | | | |
| 000027 | CENTRAL TELEPHONE COMPANY OF VIRGIN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000048 | CENTRAL TELEPHONE COMPANY OF VIRGIN | | | | | |
| 000061 | CENTRAL TELEPHONE COMPANY OF VIRGIN | | | | | |
| 000030 | CL DIRECTORIES AMERICA INC | | | | | |
| 000015A | DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| 000062 | DIRECTORIES AMERICA INC | | | | | |
| 000008 | FEDERAL EXPRESS CORPORATION | | | | | |
| 000091 | FIRST CAPITAL GROUP OF TEXAS II, LP | | | | | |
| 000033 | KAIT TELEVISION | | | | | |
| 000077 | KAIT TELEVISION | | | | | |
| 000072 | MICHAEL J NOONAN | | | | | |
| 000071 | MISSOURI PUBLIC SERVICE COMMISSION | | | | | |
| 000090 | MISSOURI PUBLIC SERVICE COMMISSION | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | MULLIS A/C & HEATING | | | | | |
| 000075 | MULLIS A/C & HEATING | | | | | |
| 000034 | NBANC | | | | | |
| 000089 | OPERATING TELEPHONE COMPANY SUBSIDI | | | | | |
| 000007 | PAUL KINGHORN | | | | | |
| 000085 | QWESTCORPORATION | | | | | |
| 000005 | SAFEGUARD BUSINESS SYSTEMS | | | | | |
| 000066 | SPRINT FLORIDA INCORPORATED | | | | | |
| 000017 | SPRINT MISSOURI, INC | | | | | |
| 000018 | SPRINT MISSOURI, INC | | | | | |
| 000040 | SPRINT MISSOURI, INC | | | | | |
| 000047 | SPRINT MISSOURI, INC | | | | | |
| 000087 | STATE FARM INSURANCE COMPANY | | | | | |
| 000016 | STATE OF ALABAMA DEPT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000038 | STATE OF ALABAMA DEPT OF REVENUE | | | | | |
| 000080 | STATE OF FL DEPT OF REVENUE | | | | | |
| 000068 | STATE OF LOUISIANA | | | | | |
| 000074 | TENNESSEE DEPARTMENT OF REVENUE | | | | | |
| 000084 | TENNESSEE DEPARTMENT OF REVENUE | | | | | |
| 000036 | TEXAS COMPTROLLER OF PUBLIC ACCOUNT | | | | | |
| 000004 | THE KEY PEOPLE | | | | | |
| 000021 | THE UNITED TELEPHONE COMPANY OF PEN | | | | | |
| 000044 | THE UNITED TELEPHONE COMPANY OF PEN | | | | | |
| 000006 | TRS | | | | | |
| 000060 | UNITED TELEPHONE CO OF PENNSYLVANIA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000019 | UNITED TELEPHONE COMPANY OF EASTERN | | | | | |
| 000022 | UNITED TELEPHONE COMPANY OF EASTERN | | | | | |
| 000031 | UNITED TELEPHONE COMPANY OF KANSAS | | | | | |
| 000051 | UNITED TELEPHONE COMPANY OF KANSAS | | | | | |
| 000058 | UNITED TELEPHONE COMPANY OF KANSAS | | | | | |
| 000023 | UNITED TELEPHONE COMPANY OF NEW JER | | | | | |
| 000041 | UNITED TELEPHONE COMPANY OF NEW JER | | | | | |
| 000032 | UNITED TELEPHONE COMPANY OF SOUTHCE | | | | | |
| 000020 | UNITED TELEPHONE COMPANY OF SOUTHEA | | | | | |
| 000026 | UNITED TELEPHONE COMPANY OF TEXAS I | | | | | |
| 000042 | UNITED TELEPHONE COMPANY OF TEXAS I | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000043 | UNITED TELEPHONE COMPANY OF THE CAR | | | | | |
| 000024 | UNITED TELEPHONE SOUTHEAST INC | | | | | |
| 000059 | UNITED TELEPHONE SOUTHEAST INC | | | | | |
| 000013 | UNIVERSAL SERVICE ADMINISTRATIVE CO | | | | | |
| 000014 | UNIVERSAL SERVICE ADMN COMPANY | | | | | |
| 000069 | UNIVERSAL SERVICE ADMN COMPANY | | | | | |
| 000010 | US BANCORP MANIFEST FUNDING SERVICE | | | | | |
| 000003 | VERTEX BROADBAND CORP | | | | | |
| 000093 | WALKER, JACKSON LLP | | | | | |
| 000012 | WDBD TV | | | | | |
| 000002 | WXMS T.V | | | | | |
| 000094 | ALLTEL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000095A | COMMONWEALTH OF MASSACHUSETTS | | | | | |
| 000095B | COMMONWEALTH OF MASSACHUSETTS | | | | | |
| 000102 | FIRST CAPITAL GROUP OF TEXAS II, LP | | | | | |
| 000104A | KENTUCKY DEPARTMENT OF REVENUE | | | | | |
| 000100 | PALLADIUM COMMUNICATIONS | | | | | |
| 000097 | UNIVERSAL SERVICE ADMN COMPANY | | | | | |
| 000098 | WUPL TELEVISION | | | | | |
| 000101 | YOUTEL COMMUNICATIONS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 04-000828 | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|
| Case Name: | EZ Talk Communications, LLC | |
| For Period Ending: | 08/31/11 | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 03/04/04 (c) |
| 341(a) Meeting Date: | 04/14/04 |
| Claims Bar Date: | 07/22/04 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Bank account at Progressive Bank | 0.00 | 0.00 | | 6,085.48 | 0.00 | 0.00 | 0.00 |
| 2. Trade Receivables | 33,454.00 | 33,454.00 | | 4,914.23 | 0.00 | 0.00 | 0.00 |
| 3. Office equipment | 21,900.00 | 21,900.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Refunds (u) | 0.00 | Unknown | | 10,741.26 | Unknown | 0.00 | 0.00 |
| 5. Bank account at Charter Basnk (u) | 4,557.14 | 4,557.14 | | 4,557.14 | 0.00 | 0.00 | 0.00 |
| 6. Trademarks (u) | 2,500.00 | 2,500.00 | | 2,500.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 312.98 | Unknown | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $62,411.14 | $62,411.14 | | $29,111.09 | $0.00 | $0.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed with the Court on 1/21/11.  Hearing scheduled for 2/23/11.

Initial Projected Date of Final Report (TFR):  / /     Current Projected Date of Final Report (TFR):  / /

_____   Date: _____

RONALD R. PETERSON

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 04-000828 -ABG | Trustee Name: | RONALD R. PETERSON |
| Case Name: | EZ Talk Communications, LLC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3021  BofA - Money Market Account |
| Taxpayer ID No: | *******0632 | | |
| For Period Ending: | 08/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/04 | 2 | Ricky Ray | Phone bill payment | 1121-000 | 61.00 | | 61.00 |
| 04/14/04 | 2 | Sylvia Ervin | Phone bill payment | 1121-000 | 62.23 | | 123.23 |
| 04/14/04 | 2 | Eva Mae Brown | Phone bill payment | 1121-000 | 57.92 | | 181.15 |
| 04/14/04 | 2 | Marvin Doss | Phone bill payment | 1121-000 | 65.88 | | 247.03 |
| 04/14/04 | 2 | James Barry | Phone bill payment | 1121-000 | 53.00 | | 300.03 |
| 04/14/04 | 2 | Connie Grayer | Phone bill payment | 1121-000 | 40.00 | | 340.03 |
| 04/14/04 | 2 | Eretha Daniels | Phone bill payment | 1121-000 | 52.00 | | 392.03 |
| 04/14/04 | 2 | Charity Summers | Phone bill payment | 1121-000 | 60.00 | | 452.03 |
| 04/14/04 | 2 | Connie Marcum | Phone bill payment | 1121-000 | 55.00 | | 507.03 |
| 04/14/04 | 2 | Jimmy Heifner | Phone bill payment | 1121-000 | 40.00 | | 547.03 |
| 04/14/04 | 2 | Angela Wall | Phone bill payment | 1121-000 | 72.00 | | 619.03 |
| 04/14/04 | 2 | William Mayo | Phone bill payment | 1121-000 | 62.00 | | 681.03 |
| 04/14/04 | 2 | Susie Leak | Phone bill payment | 1121-000 | 65.00 | | 746.03 |
| 04/14/04 | 4 | SBC | Refund | 1229-000 | 2,736.95 | | 3,482.98 |
| 04/14/04 | 2 | Valarie Pool | Phone bill payment | 1121-000 | 60.00 | | 3,542.98 |
| 04/14/04 | 2 | Ruby Martin | Phone bill payment | 1121-000 | 61.00 | | 3,603.98 |
| 04/14/04 | 2 | Helen Brown | Phone bill payment | 1121-000 | 32.13 | | 3,636.11 |
| 04/14/04 | 2 | Mary Brazil | Phone bill payment | 1121-000 | 59.00 | | 3,695.11 |
| 04/14/04 | 2 | Ray Smith | Phone bill payment | 1121-000 | 66.80 | | 3,761.91 |
| 04/14/04 | 2 | Charity Summers | Phone bill payment | 1121-000 | 60.00 | | 3,821.91 |
| 04/14/04 | 2 | Marsha Cunningham | Phone bill payment | 1121-000 | 60.00 | | 3,881.91 |
| 04/14/04 | 2 | Betty Milliner | Phone bill payment | 1121-000 | 52.00 | | 3,933.91 |
| 04/14/04 | 2 | William Sweatt | Phone bill payment | 1121-000 | 60.85 | | 3,994.76 |
| 04/14/04 | 2 | Ricky Warren | Phone bill payment | 1121-000 | 84.00 | | 4,078.76 |
| 04/14/04 | 2 | Hester Robinson | Phone bill payment | 1121-000 | 75.00 | | 4,153.76 |
| 04/14/04 | 2 | Queen Luke | Phone bill payment | 1121-000 | 54.80 | | 4,208.56 |
| 04/14/04 | 2 | William Mayo | Phone bill payment | 1121-000 | 55.00 | | 4,263.56 |

|  | Page Subtotals | 4,263.56 | 0.00 |

Ver: 16.02b

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-000828  -ABG | |
| Case Name: | EZ Talk Communications, LLC | |

Trustee Name:    RONALD R. PETERSON
Bank Name:    BANK OF AMERICA, N.A.
Account Number / CD #:    *******3021  BofA - Money Market Account

Taxpayer ID No:    *******0632
For Period Ending:    08/31/11

Blanket Bond (per case limit):    $  5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 04/14/04 | 2 | Cynthia Nettles | Phone bill payment | 1121-000 | 75.00 | | 4,338.56 |
| | 04/14/04 | 2 | Reathella Barber | Phone bill payment | 1121-000 | 36.00 | | 4,374.56 |
| | 04/14/04 | 2 | Jimmy Heifner | Phone bill payment | 1121-000 | 40.00 | | 4,414.56 |
| | 04/14/04 | 2 | Jose Lopes | Phone bill payment | 1121-000 | 61.00 | | 4,475.56 |
| * | 04/14/04 | | Hugh Johnson | Phone bill payment | 1121-003 | 76.00 | | 4,551.56 |
| | 04/14/04 | 2 | Connie Bryant | Phone bill payment | 1121-000 | 62.22 | | 4,613.78 |
| | 04/14/04 | 2 | Marsha Cunningham | Phone bill payment | 1121-000 | 60.00 | | 4,673.78 |
| | 04/14/04 | 4 | Verison | Refund | 1229-000 | 1.91 | | 4,675.69 |
| | 04/14/04 | 2 | Diane Ostlund | Phone bill payment | 1121-000 | 63.19 | | 4,738.88 |
| * | 04/14/04 | | Thelma McIntyre | Phone bill payment | 1121-003 | 61.73 | | 4,800.61 |
| | 04/14/04 | 2 | Karen Oliver | Phone bill payment | 1121-000 | 40.00 | | 4,840.61 |
| | 04/14/04 | 2 | Geraldine Rowell | Phone bill payment | 1121-000 | 60.00 | | 4,900.61 |
| | 04/14/04 | 2 | Reathella Barber | Phone bill payment | 1121-000 | 36.00 | | 4,936.61 |
| | 04/14/04 | 2 | Demetrio Gonzales | Phone bill payment | 1121-000 | 68.00 | | 5,004.61 |
| | 04/14/04 | 2 | Connie Grayer | Phone bill payment | 1121-000 | 10.00 | | 5,014.61 |
| | 04/20/04 | 2 | Demetrio Gonzales | Phone bill payment | 1121-000 | 68.00 | | 5,082.61 |
| * | 04/20/04 | | Veronica N. Holmes | Phone bill payment | 1121-003 | 52.00 | | 5,134.61 |
| * | 04/20/04 | | Warren W. Fredericks | Phone bill payment | 1121-003 | 29.64 | | 5,164.25 |
| | 04/20/04 | 4 | Verizon | Refund | 1229-000 | 1,173.93 | | 6,338.18 |
| | 04/20/04 | 2 | Hester Robinson | Phone bill payment | 1121-000 | 75.00 | | 6,413.18 |
| | 04/20/04 | 2 | Valerie Poole | Phone bill payment | 1121-000 | 60.00 | | 6,473.18 |
| * | 04/22/04 | | Hugh Johnson | Phone bill payment NSF | 1121-003 | -76.00 | | 6,397.18 |
| * | 04/23/04 | | Thelma McIntyre | Phone bill payment Payor stopped payment | 1121-003 | -61.73 | | 6,335.45 |
| * | 04/27/04 | | Veronica N. Holmes | Phone bill payment Payor stopped payment. | 1121-003 | -52.00 | | 6,283.45 |
| * | 04/27/04 | | Warren W. Fredericks | Phone bill payment Payor stopped payment | 1121-003 | -29.64 | | 6,253.81 |

Page Subtotals                    1,990.25                    0.00

Ver: 16.02b

FORM 2                                                                                              Page:  3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-000828 -ABG | |
| Case Name: | EZ Talk Communications, LLC | |

| | |
|---|---|
| Taxpayer ID No: | *******0632 |
| For Period Ending: | 08/31/11 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3021  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 04/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.17 | | 6,253.98 |
| | 05/04/04 | 2 | Helen L. Brown | Phone bill payment | 1121-000 | 33.00 | | 6,286.98 |
| | 05/04/04 | 2 | Ricky Warren | Phone bill payment | 1121-000 | 83.00 | | 6,369.98 |
| | 05/04/04 | 2 | Jeanne Harding | Phone bill payment | 1121-000 | 42.13 | | 6,412.11 |
| | 05/04/04 | 2 | Charity Summers | Phone bill payment | 1121-000 | 60.00 | | 6,472.11 |
| | 05/04/04 | 2 | Connie Graver | Phone bill payment | 1121-000 | 60.00 | | 6,532.11 |
| | 05/04/04 | 2 | Crystal Fox | Phone bill payment | 1121-000 | 60.98 | | 6,593.09 |
| * | 05/04/04 | | SBC | Refund | 1229-003 | 2,996.87 | | 9,589.96 |
| | 05/14/04 | 2 | Mary K. Brazil | Phone bill payment | 1121-000 | 59.00 | | 9,648.96 |
| | 05/14/04 | 2 | Marsha Cunningham | Phone bill payment | 1121-000 | 60.00 | | 9,708.96 |
| | 05/14/04 | 2 | William Mayo | Phone bill payment | 1121-000 | 65.00 | | 9,773.96 |
| | 05/14/04 | 2 | Jimmy Hesfiner | Phone bill payment | 1121-000 | 40.00 | | 9,813.96 |
| | 05/14/04 | 2 | Reathella B. Barber | Phone bill payment | 1121-000 | 36.00 | | 9,849.96 |
| | 05/14/04 | 2 | Hester Robinson | Phone bill payment | 1121-000 | 75.00 | | 9,924.96 |
| | 05/14/04 | 2 | Christine Bailey | Phone bill payment | 1121-000 | 52.50 | | 9,977.46 |
| | 05/26/04 | 2 | Demetrio Gonzales | Phone bill payment | 1129-000 | 68.00 | | 10,045.46 |
| | 05/26/04 | 2 | William Mayo | Phone bill payment | 1129-000 | 65.00 | | 10,110.46 |
| | 05/26/04 | 2 | Helen Brown | Phone bill payment | 1129-000 | 33.00 | | 10,143.46 |
| | 05/26/04 | 2 | Ricky Warren | Phone bill payment | 1129-000 | 83.00 | | 10,226.46 |
| | 05/26/04 | 2 | Valerie Poole | Phone bill payment | 1129-000 | 60.00 | | 10,286.46 |
| | 05/28/04 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.55 | | 10,287.01 |
| | 06/09/04 | 2 | Angela Wall | Phone bill payment | 1121-000 | 72.60 | | 10,359.61 |
| | 06/09/04 | 2 | Charity Summers | Phone bill payment | 1121-000 | 60.00 | | 10,419.61 |
| | 06/09/04 | 2 | William Mayo | Phone bill payment | 1121-000 | 65.00 | | 10,484.61 |
| | 06/18/04 | 2 | Connie Graver | Phone bill payment | 1121-000 | 60.00 | | 10,544.61 |
| | 06/18/04 | 2 | Jimmy Heifner | Phone bill payment | 1121-000 | 40.00 | | 10,584.61 |
| | 06/18/04 | 2 | Reathella B. Barber | Phone bill payment | 1121-000 | 36.00 | | 10,620.61 |
| | 06/18/04 | 2 | Marsha Cunningham | Phone bill payment | 1121-000 | 60.00 | | 10,680.61 |

Page Subtotals                    4,426.80              0.00

Ver: 16.02b

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| Case No: | 04-000828 -ABG | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | EZ Talk Communications, LLC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3021  BofA - Money Market Account |
| Taxpayer ID No: | *******0632 | | | |
| For Period Ending: | 08/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/18/04 | 2 | Hester Robinson | Phone bill payment | 1121-000 | 75.00 | | 10,755.61 |
| 06/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.62 | | 10,756.23 |
| 07/21/04 | 2 | Helen Brown | Phone bill payment | 1121-000 | 33.00 | | 10,789.23 |
| 07/21/04 | 2 | Charity Summers | Phone bill payment | 1121-000 | 60.00 | | 10,849.23 |
| 07/21/04 | 2 | Jimmy Hiefner | Phone bill payment | 1121-000 | 40.00 | | 10,889.23 |
| 07/21/04 | 4 | Verizon | Refund | 1229-000 | 3,853.38 | | 14,742.61 |
| 07/21/04 | 2 | Reathella Barber | Phone bill payment | 1121-000 | 36.00 | | 14,778.61 |
| 07/21/04 | 2 | Demetrio Gonzales | Phone bill payment | 1121-000 | 68.00 | | 14,846.61 |
| 07/26/04 | 2 | Sharon Hollingsworth | Phone bill payment | 1121-000 | 33.00 | | 14,879.61 |
| 07/26/04 | 2 | William Mayo | Phone bill payment | 1121-000 | 65.00 | | 14,944.61 |
| 07/26/04 | 2 | Demetrio Gonzales | Phone bill payment | 1121-000 | 68.00 | | 15,012.61 |
| 07/26/04 | 5 | Charter Bank | Closed bank account | 1229-000 | 4,557.14 | | 19,569.75 |
| 07/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.76 | | 19,570.51 |
| * 08/04/04 | | SBC | Refund | 1229-003 | -2,996.87 | | 16,573.64 |
| | | | Payor stopped payment | | | | |
| 08/23/04 | 2 | Valerie Poole | Phone bill payment | 1121-000 | 110.00 | | 16,683.64 |
| 08/23/04 | 2 | Demetrio Gonzales | Phone bill payment | 1121-000 | 68.00 | | 16,751.64 |
| 08/23/04 | 2 | Hester Robinson | Phone bill payment | 1121-000 | 75.00 | | 16,826.64 |
| 08/23/04 | 2 | Jimmy Hifner | Phone bill payment | 1121-000 | 40.00 | | 16,866.64 |
| 08/23/04 | 2 | Reathella Barber | Phone bill payment | 1121-000 | 36.00 | | 16,902.64 |
| 08/23/04 | 2 | William Mayo | Phone bill payment | 1121-000 | 65.00 | | 16,967.64 |
| 08/30/04 | | Transfer to Acct #*******3160 | Bank Funds Transfer | 9999-000 | | 15,000.00 | 1,967.64 |
| 08/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.33 | | 1,968.97 |
| 09/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.16 | | 1,969.13 |
| 10/05/04 | 2 | JImmy Heifner | Phone bill payment | 1121-000 | 40.00 | | 2,009.13 |
| 10/05/04 | 2 | Demetrio Gonzales | Phone bill payment | 1121-000 | 68.00 | | 2,077.13 |
| 10/05/04 | 2 | Reathella Barber | Phone bill payment | 1121-000 | 36.00 | | 2,113.13 |
| 10/05/04 | 2 | Valerie Poole | Phone bill payment | 1121-000 | 60.00 | | 2,173.13 |
| 10/05/04 | 4 | Enterprise Rent A Car | Refund | 1229-000 | 33.72 | | 2,206.85 |

Page Subtotals       6,526.24       15,000.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 04-000828 -ABG | Trustee Name: | RONALD R. PETERSON |
| Case Name: | EZ Talk Communications, LLC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3021 BofA - Money Market Account |
| Taxpayer ID No: | *******0632 | | |
| For Period Ending: | 08/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/05/04 | 4 | Mohr & Gaertner | Refund of excess fee-Order 9/13/04 | 1229-000 | 2,941.37 | | 5,148.22 |
| 10/29/04 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.37 | | 5,148.59 |
| 11/04/04 | 2 | Demetrio Gonzales | Phone bill payment | 1129-000 | 68.00 | | 5,216.59 |
| 11/04/04 | 1 | Progressive Bank | Closed bank account | 1129-000 | 6,085.48 | | 11,302.07 |
| 11/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.82 | | 11,302.89 |
| 12/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.96 | | 11,303.85 |
| 01/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.96 | | 11,304.81 |
| 02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.17 | | 11,306.98 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.40 | | 11,309.38 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.32 | | 11,311.70 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.41 | | 11,314.11 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.32 | | 11,316.43 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.40 | | 11,318.83 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 5.77 | | 11,324.60 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 5.58 | | 11,330.18 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 5.77 | | 11,335.95 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 5.59 | | 11,341.54 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 5.77 | | 11,347.31 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 5.79 | | 11,353.10 |
| 02/24/06 | 6 | CenturyTel | Sale of trademark. | 1229-000 | 2,500.00 | | 13,853.10 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 8.15 | | 13,861.25 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.77 | | 13,873.02 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.40 | | 13,884.42 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.79 | | 13,896.21 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.42 | | 13,907.63 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.81 | | 13,919.44 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.82 | | 13,931.26 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.45 | | 13,942.71 |

|  | | | Page Subtotals | | 11,735.86 | 0.00 | |

Ver: 16.02b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   6

Exhibit 9

| Case No: | 04-000828  -ABG | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | EZ Talk Communications, LLC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3021  BofA - Money Market Account |
| Taxpayer ID No: | *******0632 | | | |
| For Period Ending: | 08/31/11 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.84 | | 13,954.55 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.47 | | 13,966.02 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.86 | | 13,977.88 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.88 | | 13,989.76 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.73 | | 14,000.49 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.89 | | 14,012.38 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.52 | | 14,023.90 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.91 | | 14,035.81 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.53 | | 14,047.34 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.94 | | 14,059.28 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.94 | | 14,071.22 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 8.95 | | 14,080.17 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 8.98 | | 14,089.15 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 7.53 | | 14,096.68 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 6.74 | | 14,103.42 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 5.59 | | 14,109.01 |
| 02/18/08 | | Transfer to Acct #*******3160 | Bank Funds Transfer | 9999-000 | | 14,109.01 | 0.00 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 2.08 | | 2.08 |
| 02/25/11 | | Transfer to Acct #*******3160 | Final Posting Transfer | 9999-000 | | 2.08 | 0.00 |

| | | | Page Subtotals | | 168.38 | 14,111.09 | |

Ver: 16.02b

FORM 2

Page:   7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        04-000828  -ABG
Case Name:    EZ Talk Communications, LLC

Taxpayer ID No:  *******0632
For Period Ending:  08/31/11

Trustee Name:        RONALD R. PETERSON
Bank Name:            BANK OF AMERICA, N.A.
Account Number / CD #:    *******3021  BofA - Money Market Account

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 29,111.09 | 29,111.09 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 29,111.09 | |
| | | | Subtotal | | 29,111.09 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 29,111.09 | 0.00 | |

Page Subtotals                0.00                0.00

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*

FOR REG

Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-000828 -ABG | |
| Case Name: | EZ Talk Communications, LLC | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3160  BofA - Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******0632 |
| For Period Ending: | 08/31/11 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/04 | | Transfer from Acct #*******3021 | Bank Funds Transfer | 9999-000 | 15,000.00 | | 15,000.00 |
| 08/30/04 | 003001 | Jenner & Block | Attorney fees per order 8/30/04 | 3110-000 | | 14,710.93 | 289.07 |
| | | | Balance not covered by retainer. | | | | |
| 02/18/08 | | Transfer from Acct #*******3021 | Bank Funds Transfer | 9999-000 | 14,109.01 | | 14,398.08 |
| 02/18/08 | 003002 | Jenner & Block LLP | Bankruptcy Court Order of December 2007 | 3110-000 | | 14,398.08 | 0.00 |
| | | 330 North Wabash | | | | | |
| | | Chicago, Illinois 60611-7603 | | | | | |
| 02/25/11 | | Transfer from Acct #*******3021 | Transfer In From MMA Account | 9999-000 | 2.08 | | 2.08 |
| 02/25/11 | 003003 | Jenner & Block LLP | Professional Fees | 3110-000 | | 2.08 | 0.00 |
| | | 353 North Clark Street | Fee Application Allowances | | | | |
| | | Chicago, Illinois 60654 | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 29,111.09 | 29,111.09 | 0.00 |
| Less:  Bank Transfers/CD's | 29,111.09 | 0.00 | |
| Subtotal | 0.00 | 29,111.09 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 29,111.09 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - *******3021 | 29,111.09 | 0.00 | 0.00 |
| BofA - Checking Account - ********3160 | 0.00 | 29,111.09 | 0.00 |
| | --------------------- | --------------------- | --------------------- |
| | 29,111.09 | 29,111.09 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 29,111.09 | 29,111.09 |

Ver: 16.02b

FORM 2

Page: 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 04-000828  -ABG | Trustee Name: | RONALD R. PETERSON |
| Case Name: | EZ Talk Communications, LLC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3160  BofA - Checking Account |
| Taxpayer ID No: | *******0632 | | |
| For Period Ending: | 08/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals        0.00        0.00

Ver: 16.02b